UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  )
                                        )        Case No. 11bk52034
    Icon Electrical Contractors, Inc.   )
                                        )        Chapter 7
                                        )
        Debtor.                         )        Honorable Timothy A. Barnes
_____)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MUCH SHELIST, P.C., ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| TOTAL FEES REQUESTED: | $ 103,170.50 | TOTAL COSTS REQUESTED: | $ 1,869.69 |
| TOTAL FEES REDUCED: | $ 1,638.60 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 101,531.90 | TOTAL COSTS ALLOWED: | $ 1,869.69 |

### TOTAL FEES AND COSTS ALLOWED: $ 103,401.59

Norman B. Newman (the "Trustee") is authorized to pay $40,000.00 on account of the compensation allowed, plus reimbursement of costs, to Much Shelist forthwith as a Chapter 7 cost of administration expense of this estate. The Trustee is authorized to pay the remaining balance of the allowed compensation when funds become available.

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    **Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 33.60**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(2)    **Trustee Work Can Not Be Compensated As Professional Services – TOTAL of disallowed amounts: $ 1,148.50**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for

award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins),* 130 F.3d 1335, 1341 (9th Cir. 1997) (*quoting In re Prairie Cent. Ry. Co.,* 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988)).

**(3)      No Benefit to the Estate – TOTAL of disallowed amounts: $ 178.50**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case.  11 U.S.C. § 330(a)(4)(A).  Entry appears to be correction for mistake in noticing.

**(4)      Computational or Typographical Error – TOTAL of disallowed amounts: $ 278.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error.  Where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.  Also, where multiple parties attend the same meeting but have different time entries, the time for all entries will be reduced to the smallest time entry.

Dated:  May 20, 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge



**M U C H** *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0001**

12 - General Administration

**SERVICES RENDERED THROUGH DECEMBER 23, 2013**

|  |  |
|---|---|
| Current Fees | 19,004.00 |
| *CURRENT FEES AND EXPENSES* | **$19,004.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▦ 8477 Solution Center ▦ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▦ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0001**

12 - General Administration

## FEES THROUGH DECEMBER 23, 2013

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 01/23/12 | NBN | Review documents and correspondences regarding account receivable (.70); correspondences with representative of Krause Construction and L. DeWald regarding liens asserted on projects (.50); correspondences with attorney for Chase and review loan documents (.60). | 1.80 |
| 02/03/12 | NBN | Correspondences with D. Krause regarding Access Kedzie lien claims (.40); review motion of Sunrise Electric for stay relief and telephone call with attorney regarding same (.50). | 0.90 |
| 02/06/12 | NBN | Correspondences with attorney for Gaxpro and D. Krause regarding status of Kedzie Access payment (.60); telephone call with attorney for Sunrise regarding automatic stay motion (.20); review Chase UCC filing (.20). | 1.00 |
| 02/07/12 | NBN | To court for hearing on Sunrise Electric for stay relief (.80); review entered order (.20). | 1.00 |
| 02/08/12 | NBN | Review motion of SMG Security Systems for stay relief. | 0.30 |
| 02/09/12 | NBN | Review liens asserted on three projects regarding accounts receivable balances. | 0.80 |
| 02/14/12 | NBN | Telephone conference with attorney for Electrical Contractors Union regarding access to records for audit (.20); further review of offer for vehicle (.20). | 0.40 |
| 02/14/12 | JLG | Conference with trustee regarding motions to modify stay (.1); review two motions to modify stay to be heard (.1). | 0.20 |
| 02/15/12 | JLG | Attend hearing on motions to modify the stay to continue mechanic's lien litigation. | 1.00 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ⊠ 8477 Solution Center ⊠ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ⊠ www.muchshelist.com

thinking business, practicing law.

# M U C H  *S H E L I S T*



191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0001**

12 - General Administration

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 03/01/12 | NBN | Review filed motion to sell vehicle and notice (.20); telephone call with purchaser regarding concluding the sale (.10); review correspondences from J. Pesoli regarding contact parties for account receivable (.20); correspondences with representatives of GC's on Thornton High School and WCPT Radio project (.30). | 0.80 |
| 03/02/12 | NBN | Review correspondence with general contractors and with reps. of owners regarding receivables (.6); letters to general contractor on Thornton High School job (.3); and attorney for Phoenix Builders regarding WCPT Radio project regarding payment demands (.3). | 1.20 |
| 03/08/12 | NBN | Review complaint filed by Sunrise Electric regarding Thornton High School Project. | 0.30 |
| 03/20/12 | NBN | Review pleadings regarding Thornton High School project. | 0.40 |
| 03/23/12 | NBN | Review status of complaint vs. Thornton High School District. | 0.30 |
| 04/05/12 | NBN | Telephone conference with attorney for Chase regarding status of account receivable. | 0.20 |
| 04/13/12 | NBN | Correspondences with L. Ottenheimer regarding amended SOFA. | 0.20 |
| 04/18/12 | NBN | Review Chase motion for stay relief (.20); review outstanding account receivable (.30). | 0.50 |
| 04/20/12 | NBN | Review account receivable information and lien claims regarding providing information to Chase upon lifting of stay (.40); correspondences with L. Ottenheimer regarding amended SOFA (.20). | 0.60 |
| 04/30/12 | JLG | Conference with Trustee regarding motion to modify stay; review motion to modify stay by Chase in preparation for hearing on same. | 0.10 |
| 05/04/12 | NBN | Review claim of NEBF (.20); Telephone conference with attorney for Chase regarding meeting on 5/7 (.20). | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ⊡ 8477 Solution Center ⊡ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ⊡ www.muchshelist.com

**Payment due within 30 days of invoice**



thinking business, practicing law.





**M U C H** *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0001**

12 - General Administration

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 05/07/12 | NBN | Meet with K. Reehan, attorney for Chase regarding pursuing receivables (.50); review form of preference demand letter (.30). | 0.80 |
| 05/25/12 | NBN | Correspondences with attorney for Chase regarding funds in account. | 0.20 |
| 03/08/13 | NBN | Meet with N. Posner regarding possible insurance claim. | 0.30 |
| 03/08/13 | NBP | Meeting with N. Newman regarding insurance issues arising out of employee theft. | 0.20 |
| 03/15/13 | NBP | Analyze that portion of insurance policy provided. Apprise N. Newman that such policy is incomplete; request certified copy of true and complete policy. | 0.70 |
| 03/18/13 | NBP | Confer with N. Newman and J. Schwartz regarding efforts to obtain pertinent insurance policies. | 0.20 |
| 03/18/13 | JMS | Call Icon insurance company to obtain policies (.1) and discussion with trustee re: A Pesoli cashing checks (.1). | 0.20 |
| 03/19/13 | JMS | Call with Insurance broker re: obtaining policies (.1); letter to broker re: same (.1) | 0.20 |
| 03/21/13 | NBN | Correspondences with K. Reham, attorney for Chase regarding status. | 0.30 |
| 03/25/13 | JMS | Email to T Eiter, insurance agent for ICON re: obtaining polices | 0.10 |
| 03/25/13 | JMS | Email to T Ettier regarding insurance policies | 0.10 |
| 03/27/13 | NBP | Confer with J. Schwartz regarding receipt of insurance policies, background of case, and preparations for deposition scheduled for 3/28/2013. | 0.20 |
| 03/28/13 | NBP | Meeting with J. Schwartz regarding insurance issues pertaining to forged-endorsement losses. Begin analysis of insurance materials received to date. Report to J. Schwartz regarding need for further insurance documentation. | 1.10 |

(4) Typo - reduced to 0.2 for NBP entry for same mtg

(4) Typo - duplicate entry

 **PLEASE SEND PAYMENT TO:**
Much Shelist ☒ 8477 Solution Center ☒ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

 **QUESTIONS?**
billinginquiries@muchshelist.com ☒ www.muchshelist.com

thinking business, practicing law.

 

# M U C H  *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0001**

12 - General Administration

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 03/28/13 | JMS | Initial review of insurance policies reviewed by insurance agent (.2); discussion with N Posner re: ability to make claim under policy (.1) | 0.30 |
| 05/28/13 | NBN | Review memo regarding possible insurance claim. | 0.30 |
| 05/28/13 | NBP | Analyze all of Icon Electric's insurance policies for the 6/27/11 to 6/27/12 policy period with respect to potential for coverage for losses arising out of check-cashing scheme (2.7). Meeting with J. Schwartz to discuss facts of underlying losses and to apprise of foregoing analysis (0.5). Draft and send memorandum of foregoing to J. Schwartz and N. Newman (0.7). | 3.90 |
| 05/30/13 | NBP | Confer with N. Newman and J. Schwartz regarding certain facts relating to employee-dishonest issue preparatory to notifying broker of intent to file insurance claim regarding same. | 0.30 |
| 06/25/13 | NBP | Meeting with J. Schwartz regarding insurance coverage for employee-dishonesty claim (0.2). Telephone conference with Keystone Insurance (broker) regarding same (02). | 0.40 |
| 06/26/13 | NBP | Telephone conference with Austin Lohmeier of Auto-Owners Ins. Co. regarding notice of employee-dishonesty loss (0.2). Conference call with Lohmeier and J. Schwartz regarding same (0.6). Review email from Lohmeier with list of questions and document requests (0.2). Respond to Lohmeier to advise of anticipated response time to his request (0.2). | 1.20 |
| 06/27/13 | NBP | Telephone conference with Martha from Keystone Insurance (broker) regarding provision of notice of employee-dishonesty loss to Auto-Owners Insurance company, and to confirm that Auto-Owners opened file and assigned claim adjuster to file. | 0.20 |
| 07/18/13 | JMS | Draft response to insurance claim agent regarding request for payment on theft | 1.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

**M U C H** *S H E L I S T* 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0001**

12 - General Administration

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 07/22/13 | NBP | Review, edit, and revise draft letter to A. Lohmeier, Field Claim Representative for Auto-Owners Insurance Company, in response to his email of 26 June 2013 requesting certain information with respect to Trustee's insurance claim for employee-dishonesty coverage (1.0). Meet and confer with J. Schwartz regarding same (0.2). | 1.20 |
| 07/23/13 | NBP | Edit and revise letter to A. Lohmeier of Auto-Owners Insurance Company regarding Employee Dishonesty claim (0.5). Meet and confer with J. Schwartz to review pertinent documents relating to said claim (0.5). Confer further with J. Schwartz regarding potential causes of action against Economy Currency Exchange in connection with employee-dishonesty loss (0.5). Complete revisions to letter to Lohmeier based on conference with J. Schwartz; submit same to J. Schwartz for review and comment (0.7). Edit letter per J. Schwartz's comments (0.2). Contact Trustee, N. Newman, to confer prior to transmitting letter to Lohmeier (0.2). | 2.60 |
| 07/24/13 | NBP | Meeting with N. Newman to review letter to A. Lohmeier of Auto-Owners Insurance Company regarding employee-dishonesty claim (0.2). Edit, revise, and finalize letter and transmit to Lohmeier (0.3). Confer with N. Newman regarding potential causes of action against Economy Currency Exchange (0.1). | 0.60 |
| 07/31/13 | NBP | Meeting with J. Schwartz regarding potential causes of action against Economy Currency Exchange (0.2). Review documents submitted by Debtor's counsel purporting to be in support of Debtor's counsel's contention that all but $150,000 of proceeds of check-cashing activity at Economy Currency Exchange were used to pay for labor at various job sites (0.3). Discuss same with J. Schwartz (0.2). | 0.70 |
| 08/01/13 | NBP | Review email from A. Lohmeier of Auto-Owners Insurance (0.2). Meeting with J. Schwartz regarding same (0.2). | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▦ 8477 Solution Center ▦ Chicago, IL 60677-8004

Payment due within 30 days of invoice

 **QUESTIONS?**
billinginquiries@muchshelist.com ▦ www.muchshelist.com

thinking business, practicing law.



**MUCH** *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0001**

12 - General Administration

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 08/23/13 | NBP | Review supplemental request for additional documentation submitted by A. Lohmeier of Auto-Owners Insurance Company (0.2). Call Lohmeier regarding same (0.2) Analyze pertinent provisions of insurance policy potentially implicated by loss and by Lohmeier's requests (0.7). Draft and send memorandum to J. Schwartz regarding foregoing issues (0.7). | 1.80 |
| 09/09/13 | NBN | Review and revise letter to claims representative regarding theft policy claim and discuss with J. Schwartz. | 0.40 |
| 09/09/13 | JMS | Draft letter to insurance company regarding additional request for information regarding claim submitted (.4), review employee information sent by Debtor's counsel to obtain information requested by insurance company (.2); and prepare exhibits for letter to insurance company (.2). | 0.80 |
| 09/11/13 | NBP | Review documents to be sent to A. Lohmeier of Auto-Owners Insurance Company. Review draft letter. Confer with [nb and J. Schwartz regarding same. Edit and revise, and finalize, same, and transmit to Lohmeier. | 1.00 |
| 09/11/13 | JMS | Revise letter to insurance company | 0.20 |
| 09/19/13 | NBP | Review letter from A. Lohmeier of Auto-Owners Insurance Company declining coverage for employee-dishonesty claim (0.2). Apprise N. Newman and J. Schwartz of same (0.2). Confer with N. Newman regarding potential grounds upon which to object to declination (0.2). | 0.60 |

|  |  | Total Hours | 35.30 |
|--|--|-------------|-------|
| Total |  |  | **19,004.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

QUESTIONS?
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

EXHIBIT
**B-2**

**M U C H** *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0002**

12 - Retention of Professional

**SERVICES RENDERED THROUGH DECEMBER 23, 2013**

| | |
|---|---|
| Current Fees | 1,270.00 |
| *CURRENT FEES AND EXPENSES* | $1,270.00 |


**PLEASE SEND PAYMENT TO:**                    Payment due within 30 days of invoice
Much Shelist ▓ 8477 Solution Center ▓ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ▓ www.muchshelist.com                    thinking business, practicing law.

# M U C H   S H E L I S T



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0002**

12 - Retention of Professional

## FEES THROUGH DECEMBER 23, 2013

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 02/01/12 | NBN | Prepare motion to employ attorney. | 0.30 |
| 02/28/12 | NBN | Prepare application, notice and order regarding Trustee's employment of attorney. | 0.60 |
| 03/05/12 | NBN | Review order granting motion to employ attorney. | 0.20 |
| 03/06/12 | JLG | Attend court to ensure that no party objected to application to retain J. Schwartz and Much Shelist. | 0.20 |
| 10/04/12 | NBN | Review employment letter from N. Kellerman and prepare motion to employ accountant. | 0.60 |
| 10/09/12 | NBN | Finalize motion to employ accountant. | 0.30 |
| | | **Total Hours** | **2.20** |

| | |
|---|---|
| **Total** | **1,270.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▦ 8477 Solution Center ▦ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▦ www.muchshelist.com

thinking business, practicing law.

**EXHIBIT B-3**

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: 04/09/2014

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0004**

12 - Disposition of Assets

### SERVICES RENDERED THROUGH DECEMBER 23, 2013

| | |
|---|---|
| Current Fees | 2,362.50 |
| *CURRENT FEES AND EXPENSES* | **$2,362.50** |



**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0004**

12 - Disposition of Assets

### FEES THROUGH DECEMBER 23, 2013

| Date | Atty. | Description | Hours | |
|------|-------|-------------|-------|---|
| 01/30/12 | NBN | Correspondences with D. Krause and D. Goldberg regarding Access Community receivable and liens asserted. | 0.40 | |
| 02/01/12 | NBN | Review information from Krause Electric regarding liens asserted and amount owing on Access Community project (.50); telephone call with Krause's Controller regarding same (.20). | 0.70 | |
| 02/13/12 | NBN | Review offer to purchase Nissan Maxima and review valuation information. | 0.30 | |
| 02/29/12 | NBN | Prepare motion, notice and order regarding sale of vehicle. | 0.60 | |
| 03/19/12 | NBN | Telephone conference with L Sonderby's office and prepare amended notice of motion regarding vehicle sale hearing (.30); correspondences with L. Ottenheimer regarding information needed for possible preference actions (.40). | 0.70 | (3) No benefit to the estate |
| 03/30/12 | NBN | Correspondences with buyer regarding motion to sell vehicle up 4/4/12. | 0.20 | |
| 04/04/12 | NBN | Review order approving sale of vehicle, receive funds and correspondences with Debtor's attorney regarding title (.20); telephone call with D. Krause and D. Goldberg regarding dealing with lien claims (.20); letter to buyer enclosing vehicle sale order (.20). | 0.60 | |
| 04/04/12 | JLG | Attend hearing on motion to sell automobile. | 0.70 | |
| | | **Total Hours** | 4.20 | |
| | | **Total** | **2,362.50** | |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

Payment due within 30 days of invoice

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.



**M U C H** *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: \*\*\*\*\*\*

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0005**

12 - Dealings with Creditors

**SERVICES RENDERED THROUGH DECEMBER 23, 2013**

| | |
|---|---|
| Current Fees | 30,958.00 |
| *CURRENT FEES AND EXPENSES* | **$30,958.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.





191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0005**

12 - Dealings with Creditors

### FEES THROUGH DECEMBER 23, 2013

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 01/24/12 | NBN | Review SOFA listing of creditor payments regarding possible preference actions. | 0.40 |
| 03/06/12 | NBN | Review payments to creditors made within 90 days and compare to Schedule F (.9); correspondence with L. Ottenheimer and J. Pesoli regarding same (.2). | 1.10 |
| 03/13/12 | NBN | Further review of potential preference payments and correspondences with Debtor's attorney regarding documents needed (.90); review lien claims asserted against accounts receivable (.70). | 1.60 |
| 04/23/12 | NBN | Review documents regarding payment made within 90 days of filing. | 0.40 |
| 04/25/12 | NBN | Review invoices and bank statement regarding payments to creditors. | 0.60 |
| 04/26/12 | NBN | Review documents regarding possible preference action. | 1.10 |
| 04/27/12 | NBN | Further review of payment within 90 days and correspondences with L. Ottenheimer regarding same. | 0.60 |
| 05/01/12 | NBN | Review payment recipient information. | 0.30 |
| 05/10/12 | NBN | Review correspondences from L. Ottenheimer (.20) and correspondences with and telephone call to D. Phillips, attorney for CSI regarding Thornton Township account receivable (.50); correspondences and a telephone call with attorney for Chase regarding asserting claim (.50). | 1.20 |
| 05/11/12 | NBN | Correspondences with D. Phillips, K. Reehan and J. Dible regarding Thornton High School receivable (.50); Telephone conference with attorney for Sunrise regarding lien claim (.20); review 90 day payments (.70). | 1.40 |

**PLEASE SEND PAYMENT TO:**                          Payment due within 30 days of invoice
Much Shelist ▦ 8477 Solution Center ▦ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ▦ www.muchshelist.com                    thinking business, practicing law.





191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0005**

12 - Dealings with Creditors

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 05/14/12 | NBN | Telephone conference with attorney for Sunrise regarding settlement with Thornton Township (.20); telephone call with J. Dible and review Steiner Electric invoice regarding lien claim (.30). | 0.50 |
| 05/14/12 | NBN | Further review of payments made within 90 days regarding preferences and review schedules for amounts owing to recipients (1.40); review lien claims on construction projects (.60). | 2.00 |
| 05/15/12 | NBN | Correspondences with representative of Steiner and with representative of CSI regarding resolving claims. | 0.30 |
| 05/16/12 | NBN | Telephone conference with D. Phillips, attorney for CSI, regarding resolving Thornton High School project (.20); further review of possible preferences (.40). | 0.60 |
| 05/17/12 | NBN | Prepare preference demand letters. | 1.20 |
| 05/18/12 | NBN | Correspondences with S. Boren, attorney for Steiner regarding lien claims (.20); prepare demand letters (.50). | 0.70 |
| 05/21/12 | NBN | Correspondence and telephone conference with attorney for Steiner regarding possible settlement (.30); and review correspondences with CSI attorney regarding same (.20); further review of possible preference payments (.90). | 1.40 |
| 05/22/12 | NBN | Correspondences with L. Ottenheimer and J. Pesoli regarding payee addresses and bank statements (.30); correspondences with attorneys for Steiner and CSI regarding suggested resolution to lien claim (.40); prepare draft of preference letter (.60). | 1.30 |
| 05/23/12 | NBN | Prepare preference demand letters (1.4); Telephone conference with attorney for Chase regarding turnover of funds in account (.20); Telephone conference with attorney for CSI regarding settlement (.20). | 1.80 |
| 05/24/12 | NBN | Finalize preference demand letters. | 0.60 |

 **PLEASE SEND PAYMENT TO:**          **Payment due within 30 days of invoice**
Much Shelist ▧ 8477 Solution Center ▧ Chicago, IL 60677-8004

 **QUESTIONS?**
billinginquiries@muchshelist.com ▧ www.muchshelist.com          thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0005**

12 - Dealings with Creditors

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 05/25/12 | NBN | Review Steiner claim on Thornton Township High School project (.30); review sent demand letters (.30). | 0.60 |
| 05/29/12 | NBN | Telephone conference with representative of Effengee regarding response to preference demand (.20); correspondences with representative of Consolidated Supply regarding same (.20). | 0.40 |
| 05/30/12 | NBN | Correspondences with J. Pesoli regarding checks needed (.30); correspondences with K. Rehan regarding turn over of funds (.20); correspondences with creditors regarding payment demands (.40). | 0.90 |
| 05/31/12 | NBN | Telephone conference with attorney for Gexpro regarding preference demand (.20); correspondences with J. Pesoli regarding checks needed (.10). | 0.30 |
| 06/01/12 | NBN | Correspondences with representatives of Brook Active Electric and Consolidate Supply regarding payment issues. | 0.70 |
| 06/04/12 | NBN | Correspondences with representatives of Steiner and CSI regarding amounts owing on Thornton Township School job (.30); correspondences with attorney for Chase regarding funds on deposit and copies of checks needed (.30). | 0.60 |
| 06/05/12 | NBN | Review correspondences from attorney for Gexpro regarding preference demand (.10); correspondences with J. Pesoli regarding Chase account representative (.20); correspondences with representative of Correct Electrical and with D. Phillips regarding Thornton High School project (.50); telephone call with Lighting Control and Steiner regarding possible settlement (.50). | 1.20 |
| 06/06/12 | NBN | Telephone conference with attorney for Lighting Control regarding payment on Thornton Township High School job (.30); telephone call with CSI's attorney regarding same (.20); correspondences with K. Rehan regarding same (.40). | 0.90 |

**PLEASE SEND PAYMENT TO:**        Payment due within 30 days of invoice
Much Shelist ▧ 8477 Solution Center ▧ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ▧ www.muchshelist.com                    thinking business, practicing law.



**M U C H** *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0005**

12 - Dealings with Creditors

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 06/07/12 | NBN | Correspondences and telephone call with K. Rehan and D. Lazarto regarding Thornton Township project settlement and preference matters (.70); review checks (.40); correspondences with D. Phillips and K. Camben and review waivers regarding Thornton project (.40). | 1.50 |
| 06/08/12 | NBN | Correspondences with Steiner Electric's attorney and attorney for Chase regarding settlement proposal (.50); review correspondences from Brook Electric and Active Supply regarding check issues (.40); review offer from Sunrise Electric (.20); letter to attorney for Gexpro regarding checks (.20). | 1.30 |
| 06/11/12 | NBN | Telephone conference with and correspondences with representatives of Consolidated Electric and Brook Electric regarding copies of checks issued by Icon (.80); correspondences with K. Rehan and D. Phillips and representatives of parties regarding settlement of Thornton Township High School project (1.10). | 1.90 |
| 06/11/12 | NBN | Telephone conference with representative of American Express regarding claim vs. co. and possible use of cards after principal's death (.20); correspondences with J. Ottenheimer regarding information needed from him (.20). | 0.40 |
| 06/12/12 | NBN | Correspondences with D. Phillips regarding contact information for attorney for Thornton Township High School (.20); correspondences with K. Rehan regarding funds on deposit (.20); review defense asserted by attorney for Sunrise Electric and offer (.20); telephone call with L. Otteheimer regarding check issues (.30). | 0.90 |
| 06/13/12 | NBN | Telephone conference with attorney for Steiner regarding timing of settlement with Thornton Township High School (.20); telephone call with G. Silver regarding check issues (.20); Telephone conference with representatives of Dymond Glazing regarding check (.20); telephone call with J. Pesoli regarding currency exchange representative regarding same (.50). | 1.10 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▦ 8477 Solution Center ▦ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▦ www.muchshelist.com

thinking business, practicing law.

**M U C H** *S H E L I S T*



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0005**

12 - Dealings with Creditors

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 06/13/12 | JLG | Review file for information relative to settlement (.2); begin to draft settlement motion resolving mechanics liens (.4). | 0.60 |
| 06/14/12 | NBN | Telephone conference with L. Ottenheimer regarding meeting with J. Pesoli to discuss pre-petition payments (.30); correspondences with K. Rehan regarding bank account and pre-petition checks (.60). | 0.90 |
| 06/14/12 | NBN | Review and revise motion to settle Thornton Township School District project. | 0.60 |
| 06/14/12 | JLG | Continue to draft and edit motion to approve settlement with lien claimants. | 0.40 |
| 06/15/12 | NBN | Telephone conference with and correspondences to L. Ottenheimer, K. Rehan and J. Pesoli regarding check issue (.70); correspondences with attorney for Zonatherm regarding order documents and response to preference demand (.40); review recent preference case (.30); Telephone conference with attorney for CSI regarding settlement motion (.20). | 1.60 |
| 06/15/12 | JLG | Draft communication to D. Philipps regarding payments to contractors directly or through the trustee (.1); call with D. Philipps regarding mechanism for payment to claimants and receipt of money from School District (.1). | 0.20 |
| 06/18/12 | NBN | Correspondences with representatives of Brook Electric regarding check not received (.20); correspondences with J. Pesoli regarding checks he signed (.40); telephone call with T. Hawthorne of Chase regarding check request (.20); review letter from Chase regarding same (.20) | 1.00 |
| 06/20/12 | NBN | Review correspondences from D. Phillips and T. Szurfot regarding Thornton High School settlement (.20); review additional checks from Chase (.30). | 0.50 |
| 06/20/12 | JLG | Call with D. Phillips of CSI regarding method of distribution of mechanics lien settlement payments. | 0.20 |





**PLEASE SEND PAYMENT TO:**

**Payment due within 30 days of invoice**

Much Shelist ▦ 8477 Solution Center ▦ Chicago, IL 60677-8004

**QUESTIONS?**

billinginquiries@muchshelist.com ▦ www.muchshelist.com

thinking business, practicing law.

**M U C H** *S H E L I S T*



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0005**

12 - Dealings with Creditors

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 06/21/12 | NBN | Review correspondences from attorney for Connexions regarding defense to preference demand (.20); review additional checks from Chase (.30); correspondences with J. Pesoli regarding access to checks (.20); finalize motion to settle Thornton Township claim (.40). | 1.10 |
| 06/21/12 | JLG | Draft order approving settlement of Thornton Township project. | 0.20 |
| 06/22/12 | NBN | Telephone conference with L. Ottenheimer regarding check issue (.20); review and revise order approving Thornton High School settlement (.30); review correspondences from American Express regarding claim v. Pesoli (.20). | 0.70 |
| 06/25/12 | JLG | Draft letter to West Asset Management responsive to inquiry about payment on account of J. Pesoli. | 0.20 |
| 06/26/12 | NBN | Telephone conference with T. Williams of Chase regarding checks and subpoena (.20); review additional checks (.30). | 0.50 |
| 06/28/12 | NBN | Further check review regarding preference payments. | 0.40 |
| 06/29/12 | NBN | Correspondence with G. Silver regarding payment issues. | 0.50 |
| 07/02/12 | NBN | Letters to Trinacria Contractors, Dymond Contract Glazing, Mallard Electric and Graybar regarding confirming payments received. | 0.60 |
| 07/05/12 | NBN | Review claim of Krause Construction (.20); Telephone conference with G. Silver regarding checks (.20); telephone call with representative of Mallard Electric regarding same (.20). | 0.60 |
| 07/06/12 | NBN | Telephone conference and correspondences with J. Pesoli regarding signatures on checks. | 0.40 |
| 07/09/12 | NBN | Telephone conference with representatives of Dymond Glass regarding check not received. | 0.20 |
| 07/10/12 | NBN | Correspondences with K. Rehan regarding additional bank statements needed (.20); review check clearing dates (.40). | 0.60 |

 **PLEASE SEND PAYMENT TO:**            **Payment due within 30 days of invoice**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

 **QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com                **thinking business, practicing law.**

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: 04/09/2014

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0005**

12 - Dealings with Creditors

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 07/11/12 | NBN | Correspondences with K. Rehan regarding additional bank statements (.20); correspondences with and telephone call with D. Phillips regarding Thornton High School settlement (.30). | 0.50 |
| 07/12/12 | NBN | Correspondences with D. Phillips regarding final waiver form. | 0.20 |
| 07/13/12 | NBN | Review revised lien waiver for Thornton Township settlement. | 0.20 |
| 07/16/12 | NBN | Review bank statements for June thru September of 2011 and review cancelled checks. | 0.50 |
| 07/17/12 | NBN | Correspondences with J. Pesoli regarding status of checks. | 0.20 |
| 07/20/12 | NBN | Correspondences with K. Rehan regarding Thornton Township settlement and hearing. | 0.20 |
| 07/24/12 | NBN | Meet with J. Gansberg regarding Thornton settlement approved and providing waiver (.30); review final waiver (.20); correspondences with D. Phillips regarding vendor information and prepare same (.60). | 1.10 |
| 07/24/12 | JLG | Attend hearing on motion to settle claims by sub-sub contractors and with School District. | 1.00 |
| 08/02/12 | NBN | Correspondences with D. Phillips regarding contacting Architect for payment. | 0.20 |
| 08/03/12 | NBN | Correspondences with D. Phillips and Architect regarding checks being issues on Thornton Township settlement. | 0.40 |
| 08/06/12 | NBN | Review waiver from Steiner Electric (.20); review correspondences from D. Phillips regarding checks written (.20); correspondences with G. Silver regarding 2004 exam thoughts (.20). | 0.60 |
| 08/07/12 | NBN | Telephone conference with attorney for Sunrise Electric regarding settlement of preference action. | 0.20 |



**PLEASE SEND PAYMENT TO:**                    **Payment due within 30 days of invoice**
Much Shelist ▦ 8477 Solution Center ▦ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ▦ www.muchshelist.com                    thinking business, practicing law

# M U C H  S H E L I S T



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/09/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0005**

12 - Dealings with Creditors

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/15/12 | NBN | Correspondences with K. Rehan regarding disposition of Thornton Township settlement proceeds (.30); review proceeds remittance correspondences (.10). | 0.40 |
| 08/20/12 | NBN | Telephone conference with representatives of Gexpro regarding possible settlement of alleged preferential payments (.20); correspondences with K. Rehan and J. Williams regarding payment to Chase (.30); review Rule 2004 exam provisions (.30) | 0.80 |
| 08/22/12 | NBN | Correspondences with D. Goldberg regarding Gexpro lien waiver. | 0.20 |
| 08/28/12 | NBN | Telephone conference with L. Ottenheimer regarding Trinacria and ongoing investigation. | 0.20 |
| 09/14/12 | NBN | Telephone conference with attorney for Sunrise Electric regarding preference settlement offer. | 0.20 |
| 10/04/12 | NBN | Review motion to settle with Sunrise. | 0.30 |
| 10/04/12 | JLG | Draft motion to approve settlement of preferential transfer to Sunrise Electric (.6); draft order approving settlement (.2). | 0.80 |
| 10/30/12 | JLG | Attend hearing on motion to approve settlement with Sunrise. | 0.80 |
| 10/31/12 | JLG | Communication with counsel for Sunrise regarding order approving settlement, request for payment of settlement, and inquiry about release. | 0.10 |
| 11/21/12 | JLG | Communication with B. Berneman regarding payment of preference settlement and her request for a release (.1); review release and communicate with the trustee regarding same (.1). | 0.20 |
| 11/21/12 | JLG | Communication with Trustee regarding release and narrowing of same; begin to narrow language of requested release. | 0.40 |
| 11/26/12 | JLG | Communication with B. Berneman regarding trustee's changes to requested relief. | 0.10 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# M U C H  *S H E L I S T*



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: 04/09/2014

Billing Attorney: **Norman B. Newman**

Matter Number: 0009870.0005

12 - Dealings with Creditors

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 11/29/12 | JLG | Communication with trustee and Sunrise regarding settlement of preference and transmit executed release to Sunrise. | 0.20 |
| | | **Total Hours** | **53.80** |

| Total | | | 30,958.00 |
|-------|--|--|-----------|

**PLEASE SEND PAYMENT TO:**
Much Shelist ▥ 8477 Solution Center ▥ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▥ www.muchshelist.com

thinking business, practicing law.



**MUCH** *SHELIST*

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/14/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0007**

12 - Adversary Proceedings

**SERVICES RENDERED THROUGH DECEMBER 23, 2013**

| | |
|---|---|
| Current Fees | 49,576.00 |
| *CURRENT FEES AND EXPENSES* | **$49,576.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ⊠ 8477 Solution Center ⊠ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ⊠ www.muchshelist.com

thinking business, practicing law.

# M U C H  S H E L I S T



191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/14/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0007**

12 - Adversary Proceedings

## FEES THROUGH DECEMBER 23, 2013

| Date | Atty. | Description | Hours | |
|------|-------|-------------|-------|---|
| 08/23/12 | NBN | Review currency exchange information regarding 2004 exam (.30); correspondences with D. Goldberg regarding Gexpro waiver (.20). | 0.50 | |
| 10/05/12 | JMS | Meet with N. Newman regarding 2004 examination of representative of Economy Currency Exchange (.40); begin draft of motion and order for 2004 exam (.60). | 1.00 | |
| 10/08/12 | NBN | Review motion to conduct 2004 exam of currency exchange. | 0.30 | |
| 10/08/12 | JMS | Finalize 2004 exam motion and order and file with Court. | 0.40 | |
| 10/08/12 | CXC | Conference with legal assistant, N. Sulak; Conduct internet research re: registered agent for Economy Currency Exchange Ltd. for Attorney N. Newman. | 0.30 | |
| 10/09/12 | NBN | Revise motion to take 2004 exam of Currency Exchange. | 0.30 | |
| 10/31/12 | JMS | Begin draft of 2004 subpoena for Economy currency exchange | 1.10 | |
| 11/09/12 | NBN | Review subpoena to Economy Currency Exchange. | 0.30 | |
| 11/15/12 | NBN | Correspondences with L. Ottenheimer regarding 2004 exam of Currency Exchange. | 0.20 | |
| 11/20/12 | JMS | Review Icon Electric subpoena and discussion with Trustee. | 0.20 | |
| 11/21/12 | NBN | Correspondences with G. Silver regarding 2004 exam of Currency Exchange (.20); review proposed Release for Sunrise Electric settlement (.30). | 0.50 | (2) Trustee work - see JMS entry for same mtg w/ NBN in trustee role; reduced by 0.1 |
| 11/26/12 | NBN | Review final form of 2004 exam subpoena and discuss with J. Schwartz. | 0.30 | |
| 11/26/12 | JMS | Discussion with trustee regarding subpoena on credit union (.1); revise 2004 subpoena (.1) | 0.20 | |

PLEASE SEND PAYMENT TO:                              Payment due within 30 days of invoice
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004


QUESTIONS?
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



**M U C H** *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/14/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0007**

12 - Adversary Proceedings

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 11/28/12 | NBN | Correspondences with U.S. Trustee and Debtor's attorney regarding 2004 exam of Currency Exchange. | 0.30 |
| 11/30/12 | NBN | Correspondences with G. Silver regarding 2004 exam of Currency Exchange. | 0.20 |
| 12/10/12 | JMS | Begin preparation for deposition of Economy Currency Exchange (.7); numerous calls to credit union (.1) | 0.80 |
| 12/14/12 | JMS | Begin outline for deposition of Economy Currency Exchange | 0.60 |
| 12/17/12 | NBN | Correspondences with J. Tuffano and G. Silver regarding rescheduling 2004 exam. | 0.30 |
| 12/17/12 | JMS | Call with J Tufano re: Economy Currency Exchange 2004 exam (.1); discussion with N Newman re; same and email to J. Tufano (.1) | 0.20 |
| 12/19/12 | NBN | Correspondences with J. Tufano regarding 2004 exam. | 0.20 |
| 12/19/12 | JMS | Follow up email to j Tufano re: rescheduling 2004 exam | 0.10 |
| 12/31/12 | NBN | Correspondences with attorney for Currency Exchange regarding 2004 exam scheduling. | 0.30 |
| 12/31/12 | JMS | Email to James P. Fieweger, counsel for Frank Tufano re: 2004 exam, (.1); discussion with trustee regarding the same (.1) | 0.20 |
| 01/11/13 | NBN | Correspondences with L. Oppenheimer regarding status of 2004 exam. | 0.20 |
| 01/15/13 | NBN | Correspondences with attorney for Tufano regarding 2004 exam. | 0.30 |
| 01/15/13 | JMS | Email to James P. Fieweger, counsel to Economy Currency exchange re: rescheduling 2004 exam | 0.10 |
| 01/16/13 | NBN | Correspondences with attorney for Tufano regarding 2004 exam. | 0.20 |
| 01/17/13 | NBN | Telephone conference with J. Feimejer, attorney for Tufano regarding background for 2004 exam. | 0.20 |

**PLEASE SEND PAYMENT TO:**                          **Payment due within 30 days of invoice**
Much Shelist ☒ 8477 Solution Center ☒ Chicago, IL 60677-8004



**QUESTIONS?**
billinginquiries@muchshelist.com ☒ www.muchshelist.com

thinking business, practicing law.

# M U C H  *S H E L I S T*



191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/14/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0007**

12 - Adversary Proceedings

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 01/25/13 | JMS | Correspondence with J Fieweger counsel for Economy check cashing re: 2004 meeting | 0.10 |
| 01/28/13 | NBN | Correspondences with L. Ottenheimer regarding 2004 exam; correspondences with Tufano's attorney regarding same. | 0.30 |
| 02/01/13 | JMS | Email to Economy Currency Exchange counsel, J Fieweger re 2004 exam schedule | 0.10 |
| 02/04/13 | NBN | Correspondences with G. Silver and L. Ottenheimer regarding attendance at 2004 exam. | 0.40 |
| 02/06/13 | JMS | Email to Economy Currency Exchange, J Fieweger, re; other parties attendance at 2004 exam (.1); review J Fieweger email regarding redacting reports from currency exchange (.1); review redacted re posts (.1) and email to Trustee re; same (.1) | 0.40 |
| 02/12/13 | NBN | Telephone conference with L. Ottenheimer regarding attendance at 2004 exam and related issues. | 0.20 |
| 02/13/13 | JMS | Preparation of 2004 deposition outline of Economy Currency Exchange (2.6) review produced documents (1.3), review schedules and statements (.3), review various checks and bank statements (1.1); draft chart of checks cashed at exchanged based upon produced documents (1.0) | 6.30 |
| 02/14/13 | NBN | Discussion with J. Schwartz regarding today's 2004 exam; review documents from Currency Exchange (.60); attend 2004 exam (2.0). | 2.60 |
| 02/14/13 | JMS | Prepare for deposition of Economy Currency Exchange (1.8); take deposition of Jerry Tufano from Economy Currency exchanges (2.2); discussion with trustee after deposition (.2) | 4.20 |
| 02/15/13 | NBN | Telephone conference with G. Silver regarding outcome of 2004 exam (.20); review cases dealing with cashing checks payable to a corporation (.30). | 0.50 |

(4) Typo - reduced to 2.0 for same depo per NBN entry

**PLEASE SEND PAYMENT TO:**
Much Shelist ☒ 8477 Solution Center ☒ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**


**QUESTIONS?**
billinginquiries@muchshelist.com ☒ www.muchshelist.com

thinking business, practicing law.



# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/14/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0007**

12 - Adversary Proceedings

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 02/15/13 | JMS | Review notes from Economy Currency Exchange 2004 regarding next steps; (.1); draft motion to take 2004 exam of James Pelosi Sr. (.6) | 0.70 |
| 02/25/13 | JMS | Review letter from J Fiweiger< counsel for Economy Currency Exchange and review additional documents | 0.30 |
| 02/27/13 | JMS | Draft 2004 subpoena to James Pesoli sr. | 0.50 |
| 03/01/13 | NBN | Review 2004 exam subpoena to J. Pesoli. | 0.20 |
| 03/04/13 | NBN | Review Debtor's Insurance Policy regarding possible recovery. | 0.30 |
| 03/05/13 | JMS | Email to G Silver re: 2004 exam of J Pesoli; email to L Ottenheimer re: same | 0.10 |
| 03/06/13 | NBN | Review final version of 2004 Subpoena to J. Pesoli (.20) and correspondences with G. Silver and L. Ottenheimer (.20). | 0.40 |
| 03/06/13 | JMS | Draft letter to J Pesoli re: 2004 Subpoena and inclusion of Rider; discussion with trustee re; same | 0.20 |
| 03/15/13 | NBN | Discussion with L. Ottenheimer regarding 2004 exam of J. Pesoli and contacting Anthony Pesoli. | 0.30 |
| 03/22/13 | NBN | Correspondences with L. Ottenheimer regarding 3/28 2004 exam and contact information for A. Masini. | 0.20 |
| 03/25/13 | NBN | Correspondences with L. Ottenheimer regarding 3/28 2004 exam and J. Pesoli regarding retention of attorney (.20); correspondences with G. Silver regarding same (.10). | 0.30 |
| 03/25/13 | JMS | Discussion with trustee regarding upcoming 2004 exam with Pesoli | 0.10 |
| 03/25/13 | JMS | Review email from L. Ottenheimer re 2004 exam | 0.10 |
| 03/26/13 | NBN | Telephone conference with G. Silver regarding 2004 exam on 3/28 and check issues. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ⊞ 8477 Solution Center ⊠ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**



**QUESTIONS?**
billinginquiries@muchshelist.com ⊠ www.muchshelist.com

thinking business, practicing law.

# M U C H *S H E L I S T*



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **04/14/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: 0009870.0007

12 - Adversary Proceedings

| Date | Atty. | Description | Hours | |
|------|-------|-------------|-------|---|
| 03/26/13 | JMS | Begin preparation of deposition outline for Mr. Pelosi (.4); email to L Ottenheimer regarding timing of deposition and lack of document production (.1) | 0.50 | |
| 03/27/13 | JMS | Prepare for deposition of J Pelosi (2.3); discussion with N newman re: same (.2); correspondence with L Ottenheimer; re need to cancel deposition because Mr. Pesoli was hospitalized (.1) | 2.60 | |
| 03/28/13 | NBN | Telephone conference with L. Ottenheimer regarding rescheduling 2004 exam and additional information needed. | 0.30 | |
| 03/28/13 | JMS | Email to L Ottenheimer re: continued deposition of J Pesoli, | 0.10 | |
| 04/01/13 | NBN | Correspondence with L. Offenheimer regarding rescheduling 2004 exam. | 0.20 | |
| 04/10/13 | JMS | Follow up email to G Silver, US Trustee on Icon deposition | 0.10 | |
| 04/15/13 | NBN | Discussion with J. Braiman regarding representing J. Pesoli, Sr. at 2004 exam (.20); review additional checks cash at the Currency Exchange (.40); correspondences with L. Ottenheimer regarding exam (.20). | 0.80 | |
| 04/15/13 | JMS | Prepare for deposition of J. Pesoli Sr. (1.8); review schedules and statements (.3); review checks register (.3) | 2.40 | |
| 04/16/13 | JMS | Meet with trustee N Newman regarding preparing for 2004 exam (.3) work on outline for deposition (1.9); prepare exhibits for deposition (.5) | 2.70 | (2) Trustee work - see JMS entry for same mtg w/ NBN in trustee role; reduced by 0.3 |
| 04/17/13 | NBN | Attend 2004 exam of J. Pesoli, Sr. (3.0); ~~discuss next steps with J. Schwartz (.30).~~ | 3.30 | |
| 04/17/13 | JMS | Prepare for (.9) and attend 2004 exam of J. Pesoli, Sr. (3.0); discuss next steps with trustee N Newman (.3). | 4.20 | |
| 04/18/13 | NBN | Correspondence with G. Silver and L. Ottenheimer regarding outcome of 2004 exam and next steps. | 0.40 | |

---

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

QUESTIONS?
billinginquiries@muchshelist.com ▥ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: 04/14/2014

Billing Attorney: Norman B. Newman

Matter Number: 0009870.0007

12 - Adversary Proceedings

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 04/19/13 | NBN | Correspondences with L. Ottenheimer regarding payroll records requested (.20); Telephone conference with G. Silver regarding next steps (.20). | 0.40 |
| 04/19/13 | JMS | Discussion with N newman, regarding ICON deposition, issues raised by debtor's counsel after deposition, and employee issues (.2) call with L Ottenheimer re: request for information (.2), review schedules re: employee information (.2) | 0.60 |
| 04/30/13 | NBN | Review information obtained from 2004 exams regarding pursuing causes of action. | 0.70 |
| 05/06/13 | NBN | Review summary of payroll disbursements 2009 through 2011. | 0.40 |
| 05/06/13 | JMS | Review documents sent by L Ottenheimer regarding employees and where cash payments went (.4) ; discussions with trustee re; same (.1) | 0.50 |
| 05/07/13 | NBN | Telephone conference with L. Ottenheimer regarding payroll information and future action. | 0.20 |
| 05/17/13 | NBN | Correspondences with G. Silver regarding transcript of 2004 exams. | 0.20 |
| 05/20/13 | JMS | Email to G Silver, re Icon deposition and follow up information | 0.20 |
| 08/01/13 | JMS | Discussion with trustee re; potential causes of action re: Currency Exchange | 0.30 |
| 09/12/13 | JMS | Research potential causes of action against currency exchange for improperly cashing checks | 1.30 |
| 09/18/13 | JMS | Work on demand letter to Economy Currency exchange and potential causes of action | 2.30 |
| 09/19/13 | JMS | Review and revise demand letter to Economy Currency | 1.30 |
| 09/20/13 | NBN | Review and revise letter to attorney for Currency Exchange regarding causes of action. | 0.40 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ☒ 8477 Solution Center ☒ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**



**QUESTIONS?**
billinginquiries@muchshelist.com ☒ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **04/14/2014**

Billing Attorney: **Norman B. Newman**

Matter Number: 0009870.0007

12 - Adversary Proceedings

| Date | Atty. | Description | Hours | |
|------|-------|-------------|-------|---|
| 09/23/13 | JMS | Call with J Fieweger, counsel fro Economy Currency Exchange re; trustee's demand (.2) and discussion with Trustee re: same (.1) | 0.30 | |
| 09/27/13 | JMS | Respond to email regarding Icon re Economy Currency Exchange counsel, J Fieweger. | 0.10 | |
| 10/16/13 | JMS | Review transcripts from deposition of Currency Exchange and Pesoli Sr. | 1.20 | |
| 11/05/13 | JMS | Call to J Fieweger regarding trustee's claims against Economy Currency Exchange | 0.20 | |
| 11/06/13 | NBN | Discussion with J. Schwartz regarding filing suit vs. Currency Exchange and jurisdiction issue. | 0.30 | (2) Trustee work - see JMS entry for same mtg w/ NBN in trustee role |
| 11/06/13 | JMS | Discussion with Trustee regarding pursuing Currency Exchnage and my discussion with counsel for Currency Exchange. | 0.10 | |
| 11/11/13 | JMS | Draft complaint to recover fraudulent conveyances | 1.10 | |
| 11/15/13 | JMS | Work on complaint against Currency Exchange. | 2.10 | |
| 11/18/13 | MJO | Review letter setting forth potential theories against Economy Currency Exchange and analyze issues. | 0.40 | (2) Trustee work - see JMS entry for same mtg w/ NBN in trustee role |
| 11/19/13 | NBN | Meet with J. Schwartz and M. O'Hara regarding filing complaint and causes of action. | 0.90 | |
| 11/19/13 | MJO | Continue analyzing potential causes of action; Meet with J. Schwartz and N. Newman regarding same. | 1.60 | |
| 11/19/13 | JMS | Strategy conference with Trustee and M. O'Hara regarding potential causes of action relating to Currency Exchange and Pesoli's. | 0.90 | |
| 11/19/13 | JMS | Continue research re' potential causes of action (.9); review Posoli transcript (1.0); continue draft complaint (.7). | 2.60 | |
| 11/20/13 | JMS | Work on complaint | 0.90 | |

**PLEASE SEND PAYMENT TO:**          Payment due within 30 days of invoice
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

QUESTIONS?
billinginquiries@muchshelist.com ▪ www.muchshelist.com                    thinking business, practicing law.

# M U C H  S H E L I S T



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: 04/14/2014

Billing Attorney: Norman B. Newman

Matter Number: 0009870.0007

12 - Adversary Proceedings

| Date | Atty. | Description | Hours | |
|------|-------|-------------|-------|---|
| 11/21/13 | JMS | Continue drafting complaint | 1.40 | |
| 11/22/13 | JMS | Work on ICon complaint | 1.90 | |
| 11/25/13 | JMS | Review Tufano deposition (.8); work on complaint (1.1) | 1.90 | (2) Trustee work - see JMS entry for same mtg w/ NBN in trustee role; reduced by 0.3 |
| 11/26/13 | NBN | Review draft of complaint vs. Currency Exchange, et.al. | 0.50 | |
| 11/26/13 | JMS | Discussion with trustee re: open issues with complaint against currency exchange (.3); continue draft of complaint (1.8) | 2.10 | |
| 11/27/13 | NBN | Further review of complaint and discuss with J. Schwartz. | 0.90 | |
| 11/27/13 | MJO | Review draft complaint. | 0.80 | |
| 11/27/13 | JMS | Revise complaint to incorporate Trustee's comments (.7); discussion with M O'Hara re: open issues in complaint (.2); revise complaint (.8) | 1.70 | |
| 12/02/13 | GMS | Conference with Jeff Schwartz and Kevin Noonan regarding potential claims against probate estate. | 0.40 | (4) Typo - reduced to 0.3 for JMS entry for same |
| 12/02/13 | MJO | Continue review of draft complaint and discuss same with J. Schwartz. | 0.50 | |
| 12/02/13 | KMN | Conferences with J. Schwartz (bankruptcy) and G. Simon (estate planning) regarding initiating litigation against Estate of James Pesoli; researched whether will was filed and probate proceeding commenced for James Pesoli. | 0.80 | (1) Lumping |
| 12/02/13 | JMS | Work on complaint (.7) discussion with Trustee re: same (.2) follow up discussion with M O'Hara re open issues in complaint (.3) | 1.20 | |
| 12/02/13 | JMS | Conference with K Noonan regarding issues related to Pesoli estate (.2) follow up call with G Simon and Kevin Noonan regarding potential claims against probate estate (.3). | 0.50 | |
| 12/04/13 | NBN | Review latest draft of complaint. | 0.50 | |

PLEASE SEND PAYMENT TO:                           Payment due within 30 days of invoice
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

QUESTIONS?
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: 04/14/2014

Billing Attorney: **Norman B. Newman**

Matter Number: 0009870.0007

12 - Adversary Proceedings

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 12/04/13 | JMS | Call with K Noonan re: additional issues regarding Pesoli estate (.1); continue to work on complaint and exhibit (.8); review bank statements (.1) | 1.00 |
| 12/05/13 | NBN | Further review of complaint. | 0.40 |
| 12/06/13 | JMS | Finalize complaint and exhibits (.9) obtain addresses for service of process (.2); email to counsel for Debtor, counsel for ECE and counsel for pesoli re: filing of complaint (.1); call with J Feigewer regarding filing complaint and ECE position (.2); email to trustee re: discussion with Icon counsel (.2) | 1.60 |
| 12/09/13 | NBN | Review filed complaint and correspondence with G. Silver, D'or's attorney and defendants' attorneys regarding same. | 0.50 |
| 12/12/13 | NBN | Review correspondence with attorney for Tufano and currency exchange regarding extension of time to answer, review motion to extend time to answer and review order. | 0.40 |
| 12/12/13 | JMS | Call with Jim O'Brien, counsel for Jerry Tufano regarding request for extension of time to answer to January 13 and discussion with Trustee re: same | 0.10 |
| 12/12/13 | JMS | Review correspondence with J O'Brien, attorney for Tufano and Economy Currency exchange regarding extension of time to answer, review motion to extend time to answer and proposed order (.3); discussion with trustee re; same (.1) and respond to email (.1). | 0.50 |
| 12/23/13 | NBN | Telephone conference with V. Lazar regarding possible settlement with Pesoli. | 0.20 |
| | | **Total Hours** | 87.70 |
| **Total** | | | 49,576.00 |

---

**PLEASE SEND PAYMENT TO:**
Much Shelist ☒ 8477 Solution Center ☒ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**



**QUESTIONS?**
billinginquiries@muchshelist.com ☒ www.muchshelist.com

thinking business, practicing law.