**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ICON ELECTRICAL CONTRACTORS, INC.   § Case No. 11-52034
                                            §
                                            §
Debtor(s)                                   §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 30, 2011. The undersigned trustee was appointed on December 30, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    305,482.55

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                             55,727.66
   Administrative expenses                           107,268.43
   Bank service fees                                   3,301.27
   Other payments to creditors                             0.00
   Non-estate funds paid to 3rd Parties                    0.00
   Exemptions paid to the debtor                           0.00
   Other payments to the debtor                            0.00

   Leaving a balance on hand of [1]    $    139,185.19

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/06/2012 and the deadline for filing governmental claims was 06/27/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,524.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $14,823.10, for a total compensation of $14,823.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/27/2017            By: /s/NORMAN NEWMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-52034  
**Case Name:** ICON ELECTRICAL CONTRACTORS, INC.

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 12/30/11 (f)  
**§341(a) Meeting Date:** 02/16/12  

**Period Ending:** 06/27/17

**Claims Bar Date:** 07/06/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account | 1,700.00 | 1,700.00 | | 1,004.89 | FA |
| 2 | Office Equipment | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3 | Account Receivables | 200,000.00 | 200,000.00 | | 65,727.66 | FA |
| 4 | Automobile-1992 Ford Econoline | 350.00 | 350.00 | | 0.00 | FA |
| 5 | Automobile-GMC Box Truck | 250.00 | 250.00 | | 0.00 | FA |
| 6 | Automobile-2004 Nissan Maxima | 8,500.00 | 8,500.00 | | 7,000.00 | FA |
| 7 | VOID  (u) | Unknown | 0.00 | | 0.00 | FA |
| 8 | Sunrise Electric Supply Co. Preference Action  (u) | 1,750.00 | 1,750.00 | | 1,750.00 | FA |
| 9 | Settlement with James Pesoli litigation  (u) | Unknown | 0.00 | | 50,000.00 | FA |
| 10 | Litigation with Currency Exchange  (u) | Unknown | 0.00 | | 180,000.00 | FA |
| 10 | **Assets   Totals** (Excluding unknown values) | **$213,550.00** | **$213,550.00** | | **$305,482.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

Submitted TFR.  Awaiting review.

**Initial Projected Date Of Final Report (TFR):**     June 30, 2013     **Current Projected Date Of Final Report (TFR):**     June 30, 2016

Printed: 06/27/2017 08:17 AM    V.13.30

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-52034  
**Case Name:** ICON ELECTRICAL CONTRACTORS, INC.

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** THE BANK OF NEW YORK MELLON  
**Account:** ****-******39-66 - Checking Account

**Taxpayer ID #:** **-***2100  
**Period Ending:** 06/27/17

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/04/12 | {6} | ROBERT LAURIA | Purchase of 2004 Nissan Maxima SE per Order dated 4/4/2012 DEPOSIT CHECK #9412806709 | 1129-000 | 7,000.00 | | 7,000.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,975.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,950.00 |
| 06/18/12 | {1} | National Account Services | Proceeds from bank accounts DEPOSIT CHECK #xxx2109 | 1129-000 | 1,004.89 | | 7,954.89 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,929.89 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,904.89 |
| 08/15/12 | | Treasurer of Schools, Thornton Twp. | Settlement with Thornton Township Project DEPOSIT CHECK #411596 | | 35,000.50 | | 42,905.39 |
| | {3} | | Gross Amount           65,727.66 | 1121-000 | | | 42,905.39 |
| | | | Correct Electric        -7,418.00 | 4210-000 | | | 42,905.39 |
| | | | Lighting Control Systems  -15,500.00 | 4210-000 | | | 42,905.39 |
| | | | Steiner Electric        -7,809.16 | 4210-000 | | | 42,905.39 |
| 08/20/12 | 101 | JP Morgan Chase, N.A. | Payment of a Secured Claim | 7100-000 | | 25,000.50 | 17,904.89 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.88 | 17,854.01 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.14 | 17,819.87 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.16 | 17,779.71 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.43 | 17,743.28 |
| 12/10/12 | {8} | Sunrise Electric Supply Co. | Sunrise Electric Supply Co. Settlement DEPOSIT CHECK #004717 | 1241-000 | 1,750.00 | | 19,493.28 |
| 12/31/12 | | THE BANK OF NEW YORK MELLON | Bank Service Fee | 2600-000 | | 37.29 | 19,455.99 |
| 01/09/13 | | Transfer to Acct #2221644244 | Bank Funds Transfer | 9999-000 | | 19,455.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 44,755.39 | 44,755.39 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,455.99 | |
| | | | **Subtotal** | | 44,755.39 | 25,299.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$44,755.39** | **$25,299.40** | |

{} Asset reference(s)

Printed: 06/27/2017 08:17 AM    V.13.30

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-52034  
**Case Name:** ICON ELECTRICAL CONTRACTORS, INC.

**Taxpayer ID #:** **-***2100  
**Period Ending:** 06/27/17

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********44 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/13 | | Transfer from Acct #005682943966 | Bank Funds Transfer | 9999-000 | 19,455.99 | | 19,455.99 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.45 | 19,434.54 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 13.84 | 19,420.70 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.09 | 19,394.61 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.83 | 19,365.78 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.86 | 19,337.92 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.75 | 19,309.17 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.78 | 19,281.39 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.67 | 19,252.72 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.62 | 19,224.10 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.66 | 19,196.44 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.54 | 19,167.90 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.58 | 19,140.32 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 19,140.32 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,455.99 | 19,455.99 | $0.00 |
| | | | Less: Bank Transfers | | 19,455.99 | 19,140.32 | |
| | | | **Subtotal** | | **0.00** | **315.67** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$315.67** | |

{} Asset reference(s)                                         Printed: 06/27/2017 08:17 AM     V.13.30

Exhibit B

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-52034  
**Case Name:** ICON ELECTRICAL CONTRACTORS, INC.  
**Taxpayer ID #:** **-***2100  
**Period Ending:** 06/27/17  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/13/13 | | RABOANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 19,140.32 | | 19,140.32 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.51 | 19,123.81 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.42 | 19,095.39 |
| 02/10/14 | 20101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #11-52034, Bond #016026455 | 2300-000 | | 16.71 | 19,078.68 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.62 | 19,053.06 |
| 03/27/14 | {9} | James Pesoli, Sr. | Final Settlement of litigation pursuant to Order dated 3/25/14 | 1249-000 | 50,000.00 | | 69,053.06 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.88 | 69,024.18 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.90 | 68,918.28 |
| 05/22/14 | 20102 | MUCH SHELIST, P.C. | Interim Fees (1/23/12 - 12/23/13) | 3110-000 | | 40,000.00 | 28,918.28 |
| 05/22/14 | 20103 | MUCH SHELIST, P.C. | Interim Expenses (1/23/12 - 12/23/13) | 3120-000 | | 1,869.69 | 27,048.59 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.07 | 26,963.52 |
| 06/19/14 | 20104 | FGMK, LLC | Intermin Fees for the period 2/5/14 - 3/27/14 | 3410-000 | | 3,778.00 | 23,185.52 |
| 06/30/14 | 20105 | MUCH SHELIST, P.C. | Payment on account of interim fee award | 3110-000 | | 5,000.00 | 18,185.52 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.94 | 18,148.58 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.43 | 18,119.15 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.19 | 18,093.96 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.76 | 18,066.20 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.84 | 18,039.36 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.35 | 18,016.01 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.36 | 17,986.65 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.86 | 17,960.79 |
| 02/11/15 | 20106 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #11-52034, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 6.62 | 17,954.17 |
| 02/11/15 | 20106 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #11-52034, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -6.62 | 17,960.79 |
| 02/11/15 | 20107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #11-52034, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 6.77 | 17,954.02 |
| 02/11/15 | 20107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF | 2300-000 | | -6.77 | 17,960.79 |

Subtotals : $69,140.32  $51,179.53

{} Asset reference(s)  
Printed: 06/27/2017 08:17 AM   V.13.30

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-52034 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | ICON ELECTRICAL CONTRACTORS, INC. | | Bank Name: | RABOBANK, N.A. |
| | | | Account: | ******5066 - Checking Account |
| Taxpayer ID #: | **-***2100 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/27/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #11-52034, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | | | | |
| 02/11/15 | 20108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #11-52034, BOND NUMBER 10BSBGR6291 | 2300-000 | | 6.77 | 17,954.02 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.11 | 17,929.91 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.50 | 17,902.41 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.74 | 17,876.67 |
| 05/01/15 | 20109 | MUCH SHELIST, P.C. | Payment on account of interim fee | 3110-000 | | 10,000.00 | 7,876.67 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.34 | 7,863.33 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.06 | 7,851.27 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.66 | 7,839.61 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.89 | 7,828.72 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.01 | 7,816.71 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.24 | 7,805.47 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.85 | 7,794.62 |
| 12/16/15 | 20110 | MUCH SHELIST, P.C. | Payment on Account of Interim Fee Award | 3110-000 | | 4,000.00 | 3,794.62 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,784.62 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,774.62 |
| 02/17/16 | 20111 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #11-52034, Bond #10BSBGR6291 | 2300-000 | | 5.39 | 3,769.23 |
| 02/29/16 | {10} | Economy Currency Exchange | First installment pursuant to Settlement Order entered 2/24/16 | 1241-000 | 60,000.00 | | 63,769.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 63,759.23 |
| 03/03/16 | 20112 | MUCH SHELIST, P.C. | Balance of interim fees awarded pursuant to Court Order dated 5/20/14 | 3110-000 | | 42,531.90 | 21,227.33 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.08 | 21,190.25 |
| 04/25/16 | {10} | Economy Currency Exchange | Second installment pursuant to Settlement Order entered on 2/24/16 | 1241-000 | 40,000.00 | | 61,190.25 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.11 | 61,155.14 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.79 | 61,070.35 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.37 | 60,973.98 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.54 | 60,889.44 |
| 08/01/16 | {10} | Economy Currency Exchange Inc. | 3rd installment pursuant to Settlement Order entered 2/24/16 | 1241-000 | 40,000.00 | | 100,889.44 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.53 | 100,737.91 |

Subtotals :   $140,000.00   $57,222.88

{} Asset reference(s)   Printed: 06/27/2017 08:17 AM   V.13.30

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-52034  
**Case Name:** ICON ELECTRICAL CONTRACTORS, INC.  
**Taxpayer ID #:** **-***2100  
**Period Ending:** 06/27/17

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.50 | 100,593.41 |
| 10/21/16 | {10} | Economy Currency Exchange Inc. | Final Settlement pursuant to Settlement Order entered 2/24/16 | 1241-000 | 40,000.00 | | 140,593.41 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.04 | 140,444.37 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.90 | 140,229.47 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.14 | 140,028.33 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.79 | 139,813.54 |
| 02/13/17 | 20113 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #11-52034, Bond #016073584 | 2300-000 | | 46.13 | 139,767.41 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.67 | 139,579.74 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.45 | 139,372.29 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.10 | 139,185.19 |
| | | | **ACCOUNT TOTALS** | | **249,140.32** | **109,955.13** | **$139,185.19** |
| | | | Less: Bank Transfers | | 19,140.32 | 0.00 | |
| | | | **Subtotal** | | **230,000.00** | **109,955.13** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$230,000.00** | **$109,955.13** | |

Net Receipts : 274,755.39  
Plus Gross Adjustments : 30,727.16  
Net Estate : $305,482.55

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******39-66 | 44,755.39 | 25,299.40 | 0.00 |
| Checking # ********44 | 0.00 | 315.67 | 0.00 |
| Checking # ******5066 | 230,000.00 | 109,955.13 | 139,185.19 |
| | $274,755.39 | $135,570.20 | $139,185.19 |

{} Asset reference(s)

Printed: 06/27/2017 08:17 AM V.13.30

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 6, 2012

**Case Number:** 11-52034  
**Debtor Name:** ICON ELECTRICAL CONTRACTORS, INC.

Page: 1

**Date:** June 27, 2017  
**Time:** 08:17:27 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | NORMAN NEWMAN<br>191 N. WACKER DRIVE<br>SUITE 1800<br>CHICAGO, IL 60606-1615 | Admin Ch. 7 | | $18,524.13 | $0.00 | 18,524.13 |
| MS-E<br>200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $7,206.67 | $1,869.69 | 5,336.98 |
| MS-F<br>200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $249,595.50 | $101,531.90 | 148,063.60 |
| FGMK-F<br>400 | FGMK, LLC<br>2801 Lakeside Drive, 3rd Floor<br>Bannockburn, IL 60015 | Admin Ch. 7 | | $3,778.00 | $3,778.00 | 0.00 |
| 3P<br>570 | ILLINOIS DEPARTMENT OF EMPLOYMENT S<br>33 South State St 10th Flr Bankruptcy Un<br>Chicago, IL 60603 | Priority | 1809222-0 | $2,812.04 | $0.00 | 2,812.04 |
| 11P<br>570 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664 | Priority | 2100 | $1,971.73 | $0.00 | 1,971.73 |
| 1<br>610 | FEDEX TECH CONNECT INC AS ASSIGNEE<br>of FedEx Express/Ground/Freight<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116 | Unsecured | 4060 | $918.04 | $0.00 | 918.04 |
| 2<br>610 | COMMONWEALTH EDISON COMPANY<br>3 Lincoln Centre<br>Attn: Bankruptcy Dep.<br>Oakbrook Terrace, IL 60181 | Unsecured | 7007 | $845.21 | $0.00 | 845.21 |
| 3U<br>610 | ILLINOIS DEPARTMENT OF EMPLOYMENT S<br>33 South State St 10th Flr Bankruptcy Un<br>Chicago, IL 60603 | Unsecured | 1809222-0 | $170.00 | $0.00 | 170.00 |
| 4<br>610 | ILLINOIS AMERICAN WATER<br>P.O. Box 578<br>Alton, IL 62002 | Unsecured | 1790 | $180.99 | $0.00 | 180.99 |
| 5<br>610 | NATIONAL ELECTRIC BENEFIT FUND<br>Attn: S. Schultz<br>2400 Research Blvd., Suite 500<br>Rockville, MD 20850 | Unsecured | | $661.92 | $0.00 | 661.92 |
| 6<br>610 | DITCH WITCH MIDWEST<br>124 N. Schmale Road<br>Carol Stream, IL 60188 | Unsecured | 46754 | $733.11 | $0.00 | 733.11 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 6, 2012

**Case Number:** 11-52034
**Debtor Name:** ICON ELECTRICAL CONTRACTORS, INC.

Page: 2

**Date:** June 27, 2017
**Time:** 08:17:27 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 610 | SMG SECURITY SYSTEMS, INC.<br>c/o Lanphier & Kowalkowski Ltd<br>568 Spring Rd Suite B<br>Elmhurst, IL 60126 | Unsecured | | $32,087.15 | $0.00 | 32,087.15 |
| 8 610 | SOUTHWESTERN BELL TELEPHONE COMPANY<br>% AT&T Services, Inc, James Grudus, Esq., One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Unsecured | 5099 | $276.29 | $0.00 | 276.29 |
| 9 610 | ILLINOIS BELL TELEPHONE COMPANY<br>% AT&T Services, Inc, James Grudus, Esq., One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Unsecured | 6941 | $887.46 | $0.00 | 887.46 |
| 10 610 | KRAUSE CONSTRUCTION LLC<br>Kevin Murnighan<br>33 W Jackson 5th Floor<br>Chicago, IL 60604 | Unsecured | | $65,000.00 | $0.00 | 65,000.00 |
| 12 610 | JPMorgan Chase Bank, N.A., Bonnie McGuffie<br>PO Box 29550, AZ1-1004<br>Phoenix, AZ 85038 | Unsecured | | $247,961.54 | $25,000.50 | 222,961.04 |
| 11U 630 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664 | Unsecured | 2100 | $324.30 | $0.00 | 324.30 |
| 13 630 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $2,340.00 | $0.00 | 2,340.00 |
| **<< Totals >>** | | | | 636,274.08 | 132,180.09 | 504,093.99 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-52034
Case Name: ICON ELECTRICAL CONTRACTORS, INC.
Trustee Name: NORMAN NEWMAN

**Balance on hand:** $ 139,185.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 139,185.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN NEWMAN | 18,524.13 | 0.00 | 14,823.10 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 249,595.50 | 101,531.90 | 98,195.61 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 7,206.67 | 1,869.69 | 3,897.12 |

Total to be paid for chapter 7 administration expenses: $ 116,915.83
Remaining balance: $ 22,269.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,269.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,783.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 2,812.04 | 0.00 | 2,812.04 |
| 11P | ILLINOIS DEPARTMENT OF REVENUE | 1,971.73 | 0.00 | 1,971.73 |

**UST Form 101-7-TFR (05/1/2011)**

|   |   | Total to be paid for priority claims: | $ | 4,783.77 |
|---|---|---|---|---|
|   |   | Remaining balance: | $ | 17,485.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 349,721.71 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FEDEX TECH CONNECT INC AS ASSIGNEE | 918.04 | 0.00 | 45.90 |
| 2 | COMMONWEALTH EDISON COMPANY | 845.21 | 0.00 | 42.26 |
| 3U | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 170.00 | 0.00 | 8.50 |
| 4 | ILLINOIS AMERICAN WATER | 180.99 | 0.00 | 9.05 |
| 5 | NATIONAL ELECTRIC BENEFIT FUND | 661.92 | 0.00 | 33.10 |
| 6 | DITCH WITCH MIDWEST | 733.11 | 0.00 | 36.66 |
| 7 | SMG SECURITY SYSTEMS, INC. | 32,087.15 | 0.00 | 1,604.36 |
| 8 | SOUTHWESTERN BELL TELEPHONE COMPANY | 276.29 | 0.00 | 13.81 |
| 9 | ILLINOIS BELL TELEPHONE COMPANY | 887.46 | 0.00 | 44.37 |
| 10 | KRAUSE CONSTRUCTION LLC | 65,000.00 | 0.00 | 3,250.00 |
| 12 | JPMorgan Chase Bank, N.A., Bonnie McGuffie | 247,961.54 | 25,000.50 | 12,397.58 |

|   | Total to be paid for timely general unsecured claims: | $ | 17,485.59 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,664.30 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11U | ILLINOIS DEPARTMENT OF REVENUE | 324.30 | 0.00 | 0.00 |
| 13 | Internal Revenue Service | 2,340.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**