UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 11-52034 |
| ICON ELECTRICAL CONTRACTORS, | ) | Hon. Timothy A. Barnes |
| INC., | ) | Hearing Date: Tuesday, July 25, 2017 |
| Debtor. | ) | at 10:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, July 25, 2017** at **10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Timothy A. Barnes or any other Judge sitting in his stead, in **Courtroom 744**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee for the bankruptcy estate
of Icon Electrical Contractors, Inc.

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on June 30, 2017, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

7960150_1

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ICON ELECTRICAL CONTRACTORS, INC. | ) | Case No. 11-52034 TAB |
| | ) | |
| | ) | Hon. TIMOTHY A. BARNES |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

To:   THE HONORABLE TIMOTHY A. BARNES

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $18,524.13 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $305,482.55. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 4,500.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 12,774.13 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 18,524.13 | |

II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: May 3, 2017

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: **464783**

Invoice Date: **04/17/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0009**

12 - Trustee Matters

**FEES THROUGH APRIL 17, 2017**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/27/12 | NBN | Review proofs of claim. | 0.20 |
| 01/30/12 | NBN | Review claim of IDES (.20); review list of payment made within 90 days of petition (.30). | 0.50 |
| 01/31/12 | NBN | Review 2009 tax return and discussion with L. Ottenheimer regarding payments to creditors (.30); review correspondences with lien claims asserted (.40). | 0.70 |
| 03/22/12 | NBN | Correspondences with L. Ottenheimer regarding information for possible preference actions. | 0.20 |
| 04/06/12 | NBN | Review claim bar date notice. | 0.20 |
| 04/06/12 | NXS | Open bank account, obtained federal id number (.20) and deposit funds received from sale of car (.20). | 0.40 |
| 05/22/12 | NBN | Review bank account statements for October, 2011 to present regarding payments to creditors (.90); correspondences with K. Rehan regarding funds on deposit (.20); correspondences with Debtor's attorney and J. Pesoli regarding creditor address information (.40). | 1.50 |
| 06/18/12 | NBN | Review proceeds of bank account (.20); review additional cancelled checks (.40). | 0.60 |
| 06/19/12 | NXS | Deposit funds received from bank accounts. | 0.20 |
| 07/09/12 | NBN | Review claims register. | 0.40 |
| 07/24/12 | NBN | Correspondences with G. Silver regarding check inquiry. | 0.30 |
| 08/01/12 | NBN | Correspondences with D. Phillips regarding Thornton Township settlement funds (.20); further review of possible preference payments (50). | 0.70 |
| 08/15/12 | NXS | Deposit funds received from Trustee. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004 

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com 

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: **464783**

Invoice Date: **04/17/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/29/12 | NBN | Review claim of IDOR. | 0.20 |
| 09/19/12 | NBN | Meet with J. Gansberg regarding motion to settle Sunrise preference claim. | 0.20 |
| 10/05/12 | NBN | Meet with J. Schwartz regarding 2004 exam of representative of Currency Exchange. | 0.40 |
| 10/29/12 | NBN | Letter to N. Kellerman regarding employment as accountant and signed engagement letter (.20); review order on motion for 2004 exam (.10). | 0.30 |
| 10/30/12 | NBN | Discussions with J. Schwartz regarding 2004 exam subpoena (.20); and discussion with J. Gansberg regarding Sunrise Electric settlement approved (.20). | 0.40 |
| 11/07/12 | NBN | Discuss 2004 exam subpoena with J. Schwartz. | 0.20 |
| 11/09/12 | NXS | Reconcile bank account. | 0.20 |
| 11/29/12 | NBN | Correspondence with attorney for Sunrise Electric regarding release acceptable. | 0.20 |
| 12/03/12 | NBN | Review final form of release regarding Sunrise settlement (.20); correspondence with Debtor's attorney regarding 2004 exam (.20). | 0.40 |
| 12/06/12 | NBN | Review settlement check from attorney for Sunrise Electric. | 0.20 |
| 01/07/13 | NBN | Further review of documents requested for 2004 exam and review activity information. | 0.40 |
| 02/01/13 | NBN | Correspondences with Tufano's attorney and J. Schwartz regarding 2004 exam on 2/14. | 0.20 |
| 02/01/13 | NXS | Reconcile bank account. | 0.20 |
| 03/15/13 | NBN | Discussion with N. Posner regarding getting copies of all insurance policies. | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: **464783**

Invoice Date: **04/17/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/27/13 | NBN | Preliminary review of insurance policies and discovery with J. Schwartz (.3); discuss tomorrow's 2004 exam with J. Schwartz (.3); correspondence with L. Ottenheimer regarding J. Persoli, Jr. medical issue (.2). | 0.80 |
| 04/08/13 | NXS | Reconcile bank account. | 0.20 |
| 04/16/13 | NBN | Meet with J. Schwartz regarding preparing for 2004 exam and review outline. | 0.70 |
| 05/30/13 | NBN | Discussion with N. Posner regarding insurance claim. | 0.20 |
| 07/24/13 | NBN | Meet with N. Posner and review letter to carrier of theft claim. | 0.30 |
| 08/01/13 | NBN | Meet with J. Schwartz regarding potential causes of action. | 0.40 |
| 08/27/13 | NBN | Meet with J. Schwartz regarding demand on Currency Exchange. | 0.50 |
| 09/11/13 | NXS | Reconcile bank account. | 0.20 |
| 09/19/13 | NBN | Review denial of theft claim by Insurance Carrier (.20); discussion with J. Schwartz regarding claim vs. Currency Exchange (.30). | 0.50 |
| 09/23/13 | NBN | Discussion with J. Schwartz regarding response from attorney for Currency Exchange. | 0.20 |
| 10/02/13 | NBN | Discussion with J. Schwartz regarding deposition transcripts. | 0.20 |
| 10/16/13 | NXS | Reconcile bank account. | 0.20 |
| 11/06/13 | NXS | Reconcile bank account. | 0.20 |
| 01/08/14 | NBN | Correspondences with N. Kellerman regarding tax returns (.20); review services provided regarding adversary complaint for fee application (.40). | 0.60 |
| 01/14/14 | NBN | Telephone conference with N. Kellerman regarding tax returns and information needed (.20); discussion with J. Schwartz regarding outcome of status hearing on complaint (.30). | 0.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: **464783**

Invoice Date: **04/17/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/14/14 | NXS | Reconcile bank account. | 0.20 |
| 01/15/14 | NBN | Letter to N. Kellerman regarding tax returns and estate financial records. | 0.20 |
| 02/10/14 | NXS | Issue check to International Sureties re: blanket bond. | 0.20 |
| 02/11/14 | NXS | Reconcile bank account. | 0.20 |
| 03/11/14 | NXS | Reconcile bank account. | 0.20 |
| 03/26/14 | NBN | Correspondences with V. Lazar regarding signed agreement and payment of Pesoli settlement. | 0.20 |
| 03/27/14 | NXS | Deposit funds received from adversary settlement. | 0.20 |
| 03/31/14 | NBN | Confirm deposit of Pesoli settlement funds. | 0.20 |
| 04/02/14 | NBN | Discussion with J. Schwartz regarding Judge Lynch as Mediator (.20); review funds on hand for fee application (.10). | 0.30 |
| 04/15/14 | NBN | Discussion with J. Schwartz regarding status of mediation. | 0.20 |
| 04/21/14 | NBN | Telephone conference with N. Kellerman regarding bill for fee application. | 0.20 |
| 05/01/14 | NXS | Reconcile bank account. | 0.20 |
| 05/12/14 | NXS | Reconcile bank account. | 0.20 |
| 05/22/14 | NXS | Issue check to Much Shelist for interim fees. | 0.20 |
| 06/10/14 | NXS | Reconcile bank account. | 0.20 |
| 06/18/14 | NBN | Review order granting FGMK interim fee application. | 0.20 |
| 06/19/14 | NBN | Letter to N. Kellerman enclosing interim fee order and check (.20); review entered fee order (.10). | 0.30 |
| 06/19/14 | NXS | Issue check to Miller Cooper for payment of interim fees. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: **464783**

Invoice Date: **04/17/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/26/14 | NBN | Participate in mediation with Judge Lynch, J. Tufano, J. Feiwiger and J. Schwartz in Rockford, IL. | 8.50 |
| 06/27/14 | NBN | Discussion with J. Schwartz regarding ongoing settlement discussions. | 0.30 |
| 06/30/14 | NXS | Issue check to Trustee for interim fees payable to Much Shelist. | 0.20 |
| 07/14/14 | NXS | Reconcile bank account. | 0.20 |
| 07/22/14 | NBN | Discussions with J. Schwartz regarding outcome of today's status hearing. | 0.20 |
| 08/05/14 | NBN | Discussion with J, Schwartz regarding status of settlement and proceeding with discovery. | 0.30 |
| 08/18/14 | NXS | Reconcile bank account. | 0.20 |
| 09/15/14 | NXS | Reconcile bank account. | 0.20 |
| 11/10/14 | NXS | Reconcile bank account. | 0.20 |
| 11/13/14 | NBN | Discussion with J. Schwartz regarding status of discovery. | 0.20 |
| 12/10/14 | NXS | Reconcile bank account. | 0.20 |
| 01/12/15 | NXS | Reconcile bank account. | 0.20 |
| 02/10/15 | NBN | Discussion with J. Schwartz and F. Dosunmu regarding depositions of Economy employees. | 0.40 |
| 02/11/15 | NXS | Issue check to Trustee re: blanket bond. | 0.10 |
| 02/12/15 | NXS | Reconcile bank account. | 0.20 |
| 02/27/15 | NBN | Telephone conference with government representative regarding lawsuit; discussion with J. Schwartz regarding Kathy Frank's deposition. | 0.40 |
| 03/02/15 | NBN | Telephone conference with government representative regarding meeting on 3/4/15. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: **464783**

Invoice Date: **04/17/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/04/15 | NBN | Meet with government representative regarding adversary complaint. | 0.90 |
| 03/05/15 | NBN | Telephone conference with government representative regarding document requested (.20); discussion with J. Schwartz regarding upcoming Pesoli depositions (.30). | 0.50 |
| 03/09/15 | NBN | Discussion with J. Schwartz regarding upcoming depositions and outcome of today's deposition. | 0.50 |
| 03/11/15 | NXS | Reconcile bank statement. | 0.20 |
| 04/02/15 | NBN | Discussion with J. Schwartz regarding Massini deposition. | 0.20 |
| 04/06/15 | NBN | Review document production request and discuss with J. Schwartz. | 0.30 |
| 04/14/15 | NXS | Reconcile bank statements. | 0.20 |
| 05/15/15 | NXS | Reconcile bank statements. | 0.20 |
| 05/19/15 | NBN | Correspondences with J. Barnes Deputy regarding new date on adversary complaint and discuss with J. Schwartz. | 0.20 |
| 05/29/15 | NBN | Review fee award and payments on account. | 0.20 |
| 06/02/15 | NBN | Discussion with J. Schwartz regarding outcome of today's status hearing. | 0.20 |
| 06/05/15 | NXS | Reconcile bank statements. | 0.20 |
| 07/17/15 | NXS | Reconcile bank statements. | 0.20 |
| 07/23/15 | NBN | Meet with J. Schwartz and F. Dosunmu regarding status of response to summary judgment motion. | 0.30 |
| 08/18/15 | NBN | Discussion with J. Schwartz regarding hearing on motion for summary judgment re-set. | 0.20 |
| 09/02/15 | NXS | Reconcile bank accounts. | 0.20 |
| 09/11/15 | NXS | Reconcile bank accounts for the period ending August, 2015. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**

billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: **464783**

Invoice Date: **04/17/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 09/17/15 | NBN | Discussion with J. Schwartz regarding expert witness and latest settlement offer. | 0.30 |
| 10/09/15 | NXS | Reconcile bank accounts. | 0.20 |
| 10/28/15 | NBN | Meet with F. Dosunmu, J. Schwartz and M. Downs regarding pre-trial and trial preparation. | 0.80 |
| 11/02/15 | NBN | Review sale of vehicle for Report of Sale. | 0.20 |
| 11/10/15 | NXS | Reconcile bank accounts. | 0.20 |
| 11/12/15 | NBN | Correspondences with J. Feiweger regarding settlement discussions. | 0.20 |
| 11/24/15 | NBN | Meet with J. Schwartz regarding latest settlement offer. | 0.20 |
| 11/25/15 | NBN | Discussion with J. Schwartz regarding counter-offer. | 0.20 |
| 11/30/15 | NBN | Discussion with J. Schwartz regarding communicating latest counter-offer. | 0.20 |
| 12/04/15 | NBN | Discussion with J. Schwartz regarding latest settlement offer and suggested response. | 0.30 |
| 12/08/15 | NXS | Reconcile bank accounts. | 0.20 |
| 12/18/15 | NBN | Discussion with J. Schwartz regarding form of Financial Statement to use for settlement (.20); review FDIC form(.20). | 0.40 |
| 01/07/16 | NBN | Review Currency Exchange financial information (.30); discuss settlement agreement with J. Schwartz (.30). | 0.60 |
| 01/12/16 | NBN | Review J. Tufano financial information. | 0.30 |
| 01/14/16 | NBN | Discussion with J. Schwartz regarding timing of motion to approve settlement and open issues. | 0.30 |
| 01/14/16 | NXS | Reconcile bank statements. | 0.20 |
| 02/10/16 | NXS | Reconcile bank accounts. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004


**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com


thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: **464783**

Invoice Date: **04/17/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/16/16 | NBN | Review filed motion to settle with Tufano rand Economy. | 0.20 |
| 02/22/16 | NBN | Correspondences with J. Feiweger regarding signing agreement and judgment order (.20); discuss hearing with J. Schwartz (.20). | 0.40 |
| 02/23/16 | NBN | Review court calendar (.10); review and sign settlement agreement (.20). | 0.30 |
| 02/24/16 | NBN | Correspondences with J. Feiweiger regarding payee on check and next status hearing. | 0.30 |
| 02/29/16 | NBN | Meet with J. Tufano, Jr. regarding first settlement payment and correspondences with J. Fieweger regarding same. | 0.30 |
| 02/29/16 | NXS | Deposit first installment of settlement funds in bank account. | 0.20 |
| 03/10/16 | NXS | Reconcile bank accounts. | 0.20 |
| 03/28/16 | NBN | Correspondences with G. Silver regarding 2004 exams and depositions. | 0.20 |
| 04/11/16 | NXS | Reconcile bank account. | 0.10 |
| 04/12/16 | NBN | Correspondences with attorneys for Tufano regarding next settlement payment. | 0.20 |
| 04/25/16 | NBN | Review second installment payment under the settlement agreement. | 0.20 |
| 04/25/16 | NXS | Deposit funds into bank account from Economy Currency Exchange and overnight deposit. | 0.20 |
| 05/17/16 | NXS | Reconcile bank statements. | 0.10 |
| 06/09/16 | NXS | Bank reconciliation. | 0.10 |
| 06/10/16 | NBN | Review settlement agreement for payment dates. | 0.20 |
| 06/21/16 | NBN | Review claims regarding prospective distribution upon finalizing settlement. | 0.30 |
| 07/12/16 | NXS | Reconcile bank accounts. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**

billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Icon Electrical Contractors, Inc.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: **464783**

Invoice Date: **04/17/2017**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009870.0009**

12 - Trustee Matters

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 07/25/16 | NBN | Correspondence with J. Feiwejer regarding payment of settlement installment today (.2); review payment (.1). | 0.30 |
| 08/01/16 | NXS | Deposit preference settlement check in bank account. | 0.20 |
| 08/10/16 | NXS | Reconcile bank account. | 0.20 |
| 10/04/16 | NXS | Reconcile Accounts for August. | 0.20 |
| 10/11/16 | NXS | Reconcile Accounts for September. | 0.20 |
| 10/21/16 | NBN | Review final settlement payment. | 0.20 |
| 10/21/16 | NXS | Deposit funds from adversary settlement into bank account. | 0.10 |
| 10/28/16 | NBN | Review proposed dismissal order regarding adversary complaint (.20); review claims for objections (.40). | 0.60 |
| 11/09/16 | NXS | Reconcile bank accounts. | 0.10 |
| 12/08/16 | NXS | Reconcile account. | 0.20 |
| 01/12/17 | NXS | Reconcile bank account. | 0.20 |
| 01/23/17 | NBN | Discussion with J. Schwartz regarding resolving Krause Construction claim. | 0.20 |
| 02/13/17 | NXS | Bank reconciliation. | 0.20 |
| 02/23/17 | NBN | Correspondence with K. Rehan regarding expected distribution. | 0.20 |
| 03/08/17 | NXS | Reconcile accounts. | 0.20 |
| | | **Total Hours** | **48.50** |


**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.