**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 11-52034 |
| **ICON ELECTRICAL CONTRACTORS,** | ) | Hon. Timothy A. Barnes |
| **INC.,** | ) | Hearing Date: Tuesday, July 25, 2017 |
| Debtor. | ) | at 10:30 a.m. |

**CERTIFICATE OF SERVICE**

Norman B. Newman, an attorney, hereby certifies that on June 30, 2017, he served a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

    /s/ Norman B. Newman
    Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

7961890_1

# ICON ELECTRICAL CONTRACTORS, INC. SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Lester Ottenheimer
Ottenheimer Rosenbloom, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, IL 60089

Icon Electrical Contractors, Inc.
1508 E. Algonquin Road
Arlington Heights, IL 60005

Illinois Department of Employment Security
33 S. State Street, 10th Floor
Chicago, IL 60603

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664

FedEx Tech Connect, Inc.
Assignee for FedEx Express
3965 Airways Boulevard
Module G, 3rd Floor
Memphis, TN 38116

Commonwealth Edison Company
3 Lincoln Centre
Oakbrook Terrace, IL 60181
Attn. Bankruptcy Dept.

Illinois American Water
P.O. Box 578
Alton, IL 62002

National Electric Benefit Fund
2400 Research Blvd., Suite 500
Rockville, MD 20850

Ditch Witch Midwest
124 N. Schmale Road
Carol Stream, IL 60188

SMG Security System, Inc.
c/o Lanphier & Kowalkowski, Ltd.
568 Spring Road, Suite B
Elmhurst, IL 60126

Southwest Bell Telephone Co.
c/o James Grudus, Esq.
One AT&T Way, Room 3A-218
Bedminster, NJ 07921

Illinois Bell Telephone Co.
c/o James Grudus, Esq.
One AT&T Way, Room 3A-218
Bedminster, NJ 07921

Krause Construction LLC
Kevin Murnigthan
33 W. Jackson Blvd., 5th Floor
Chicago, IL 60604

JPMorgan Chase Bank, N.A.
c/o Bonnie McGuffie
P.O. Box 29550, AZ1-1004
Phoenix, AZ 85038

7961890_1