**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  ICON ELECTRICAL CONTRACTORS, INC.   §   Case No. 11-52034
§
§
§
Debtor(s)

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Norman B. Newman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $1,600.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $77,997.52 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $227,485.03 | |

3) Total gross receipts of $305,482.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $305,482.55 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $249,000.00 | $30,727.16 | $30,727.16 | $30,727.16 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $282,494.41 | $277,157.43 | $227,485.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,791.36 | $4,783.77 | $4,783.77 | $4,783.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,787,276.36 | $352,386.01 | $352,386.01 | $42,486.59 |
| **TOTAL DISBURSEMENTS** | $2,038,067.72 | $670,391.35 | $665,054.37 | $305,482.55 |

4) This case was originally filed under chapter 7 on 12/30/2011.  The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    10/06/2017                    By: /s/ Norman B. Newman

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account | 1129-000 | $1,004.89 |
| Account Receivables | 1121-000 | $65,727.66 |
| Settlement with James Pesoli litigation | 1249-000 | $50,000.00 |
| Automobile-2004 Nissan Maxima | 1129-000 | $7,000.00 |
| Litigation with Currency Exchange | 1241-000 | $180,000.00 |
| Sunrise Electric Supply Co. Preference Action | 1241-000 | $1,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$305,482.55** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Treasurer of Schools, Thornton Twp. | 4210-000 | NA | $7,809.16 | $7,809.16 | $7,809.16 |
| | Treasurer of Schools, Thornton Twp. | 4210-000 | NA | $15,500.00 | $15,500.00 | $15,500.00 |
| | Treasurer of Schools, Thornton Twp. | 4210-000 | NA | $7,418.00 | $7,418.00 | $7,418.00 |
| N/F | Chase Bank | 4110-000 | $249,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$249,000.00** | **$30,727.16** | **$30,727.16** | **$30,727.16** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - NORMAN NEWMAN | 2100-000 | NA | $18,524.13 | $18,524.13 | $18,524.13 |
| Attorney for Trustee Fees - MUCH SHELIST, P.C. | 3110-000 | NA | $249,595.50 | $249,595.50 | $199,923.10 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 3120-000 | NA | $7,206.67 | $1,869.69 | $1,869.69 |
| Bond Payments - ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $12.16 | $12.16 | $12.16 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $76.68 | $76.68 | $76.68 |
| Banking and Technology Service Fee - ASSOCIATED BANK | 2600-000 | NA | $301.83 | $301.83 | $301.83 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,700.54 | $2,700.54 | $2,700.54 |
| Banking and Technology Service Fee - THE BANK OF NEW YORK MELLON | 2600-000 | NA | $37.29 | $37.29 | $37.29 |
| Banking and Technology Service Fee - The Bank of New York Mellon | 2600-000 | NA | $261.61 | $261.61 | $261.61 |
| Accountant for Trustee Fees (Other Firm) - FGMK, LLC | 3410-000 | NA | $3,778.00 | $3,778.00 | $3,778.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$282,494.41** | **$277,157.43** | **$227,485.03** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | $1,791.36 | $2,812.04 | $2,812.04 | $2,812.04 |
| 11P | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | $0.00 | $1,971.73 | $1,971.73 | $1,971.73 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$1,791.36** | **$4,783.77** | **$4,783.77** | **$4,783.77** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FEDEX TECH CONNECT INC AS ASSIGNEE | 7100-000 | $407.47 | $918.04 | $918.04 | $45.90 |
| 2 | COMMONWEALTH EDISON COMPANY | 7100-000 | $730.62 | $845.21 | $845.21 | $42.26 |
| 3U | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | $0.00 | $170.00 | $170.00 | $8.50 |
| 4 | ILLINOIS AMERICAN WATER | 7100-000 | $206.89 | $180.99 | $180.99 | $9.05 |
| 5 | NATIONAL ELECTRIC BENEFIT FUND | 7100-000 | $653.26 | $661.92 | $661.92 | $33.10 |
| 6 | DITCH WITCH MIDWEST | 7100-000 | $722.28 | $733.11 | $733.11 | $36.66 |
| 7 | SMG SECURITY SYSTEMS, INC. | 7100-000 | $54,385.00 | $32,087.15 | $32,087.15 | $1,604.36 |
| 8 | SOUTHWESTERN BELL TELEPHONE COMPANY | 7100-000 | $788.50 | $276.29 | $276.29 | $13.81 |
| 9 | ILLINOIS BELL TELEPHONE COMPANY | 7100-000 | $788.50 | $887.46 | $887.46 | $44.37 |
| 10 | KRAUSE CONSTRUCTION LLC | 7100-000 | $0.00 | $65,000.00 | $65,000.00 | $3,250.00 |
| 11U | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | $0.00 | $324.30 | $324.30 | $0.00 |
| 12 | JPMorgan Chase Bank, N.A., Bonnie McGuffie | 7100-000 | $249,000.00 | $247,961.54 | $247,961.54 | $37,398.58 |
| 13 | Internal Revenue Service | 7300-000 | $0.00 | $2,340.00 | $2,340.00 | $0.00 |
| N/F | ADP, Inc. Chicago Region | 7100-000 | $431.55 | NA | NA | NA |

| N/F | ADP, Inc. Chicago Region | 7100-000 | $431.55 | NA | NA | NA |
|-----|--------------------------|----------|---------|-----|-----|-----|
| N/F | AT&T | 7100-000 | $788.50 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $788.50 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $788.50 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $788.50 | NA | NA | NA |
| N/F | Addison Building Materials | 7100-000 | $819.50 | NA | NA | NA |
| N/F | Addison Building Materials | 7100-000 | $819.50 | NA | NA | NA |
| N/F | American Express | 7100-000 | $13,768.29 | NA | NA | NA |
| N/F | American Express | 7100-000 | $13,768.29 | NA | NA | NA |
| N/F | American Express Gold Card | 7100-000 | $23,795.99 | NA | NA | NA |
| N/F | American Express Gold Card | 7100-000 | $23,795.99 | NA | NA | NA |
| N/F | Bank of America Business Card | 7100-000 | $21,979.51 | NA | NA | NA |
| N/F | Bank of America Business Card | 7100-000 | $21,979.51 | NA | NA | NA |
| N/F | Best Practices of Northwest, SC | 7100-000 | $318.00 | NA | NA | NA |
| N/F | Best Practices of Northwest, SC | 7100-000 | $318.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $248,839.73 | NA | NA | NA |
| N/F | Chase | 7100-000 | $248,839.73 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $35,092.20 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $35,092.20 | NA | NA | NA |
| N/F | ComEd | 7100-000 | $730.62 | NA | NA | NA |

| N/F | ComEd | 7100-000 | $730.62 | NA | NA | NA |
|-----|-------|----------|---------|----|----|----|
| N/F | ConneXion | 7100-000 | $46,668.16 | NA | NA | NA |
| N/F | ConneXion | 7100-000 | $46,668.16 | NA | NA | NA |
| N/F | Cook County Department of Revenue | 7100-000 | $75.00 | NA | NA | NA |
| N/F | Cook County Department of Revenue | 7100-000 | $75.00 | NA | NA | NA |
| N/F | Ditch Witch Midwest | 7100-000 | $722.28 | NA | NA | NA |
| N/F | Ditch Witch Midwest | 7100-000 | $722.28 | NA | NA | NA |
| N/F | EIT Benefit Funds | 7100-000 | NA | NA | NA | NA |
| N/F | EIT Benefit Funds | 7100-000 | NA | NA | NA | NA |
| N/F | Exxon Mobil Business Card Processing Center | 7100-000 | $2,781.05 | NA | NA | NA |
| N/F | Exxon Mobil Business Card Processing Center | 7100-000 | $2,781.05 | NA | NA | NA |
| N/F | FedEx | 7100-000 | $407.47 | NA | NA | NA |
| N/F | FedEx | 7100-000 | $407.47 | NA | NA | NA |
| N/F | FedEx U.S. Collections Department | 7100-000 | $883.35 | NA | NA | NA |
| N/F | FedEx U.S. Collections Department | 7100-000 | $883.35 | NA | NA | NA |
| N/F | Gatwood Crane Service, Inc. | 7100-000 | $720.00 | NA | NA | NA |
| N/F | Gatwood Crane Service, Inc. | 7100-000 | $720.00 | NA | NA | NA |
| N/F | Gexpro | 7100-000 | $76,071.47 | NA | NA | NA |
| N/F | Gexpro | 7100-000 | $19,623.06 | NA | NA | NA |

| N/F | Gexpro | 7100-000 | $184.42 | NA | NA | NA |
| N/F | Gexpro | 7100-000 | $2,618.03 | NA | NA | NA |
| N/F | Gexpro | 7100-000 | $76,071.47 | NA | NA | NA |
| N/F | Gexpro | 7100-000 | $19,623.06 | NA | NA | NA |
| N/F | Gexpro | 7100-000 | $184.42 | NA | NA | NA |
| N/F | Gexpro | 7100-000 | $2,618.03 | NA | NA | NA |
| N/F | Grainger | 7100-000 | $117.76 | NA | NA | NA |
| N/F | Grainger | 7100-000 | $117.76 | NA | NA | NA |
| N/F | HSBC Business Solutions | 7100-000 | $514.00 | NA | NA | NA |
| N/F | HSBC Business Solutions | 7100-000 | $514.00 | NA | NA | NA |
| N/F | Hinckley Springs | 7100-000 | $29.75 | NA | NA | NA |
| N/F | Hinckley Springs | 7100-000 | $29.75 | NA | NA | NA |
| N/F | IBEW Local No. 134 | 7100-000 | NA | NA | NA | NA |
| N/F | IBEW Local No. 134 | 7100-000 | NA | NA | NA | NA |
| N/F | IBEW Local No. 150 | 7100-000 | NA | NA | NA | NA |
| N/F | IBEW Local No. 150 | 7100-000 | NA | NA | NA | NA |
| N/F | IBEW Local Union No. 701 | 7100-000 | NA | NA | NA | NA |
| N/F | IBEW Local Union No. 701 | 7100-000 | NA | NA | NA | NA |
| N/F | Iggy's Custom Muffler | 7100-000 | $177.00 | NA | NA | NA |
| N/F | Iggy's Custom Muffler | 7100-000 | $177.00 | NA | NA | NA |
| N/F | Ill. Dept. of Employment Security | 7100-000 | $1,791.36 | NA | NA | NA |

| N/F | Ill. Dept. of Employment Security | 7100-000 | $1,791.36 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Illinois American Water | 7100-000 | $206.89 | NA | NA | NA |
| N/F | Illinois American Water | 7100-000 | $206.89 | NA | NA | NA |
| N/F | Illinois Dept. of Employmt Security | 7100-000 | NA | NA | NA | NA |
| N/F | Illinois Dept. of Employmt Security | 7100-000 | NA | NA | NA | NA |
| N/F | Illinois Tollway | 7100-000 | $168.00 | NA | NA | NA |
| N/F | Illinois Tollway | 7100-000 | $269.50 | NA | NA | NA |
| N/F | Illinois Tollway | 7100-000 | $106.65 | NA | NA | NA |
| N/F | Illinois Tollway | 7100-000 | $999.30 | NA | NA | NA |
| N/F | Illinois Tollway | 7100-000 | $168.00 | NA | NA | NA |
| N/F | Illinois Tollway | 7100-000 | $269.50 | NA | NA | NA |
| N/F | Illinois Tollway | 7100-000 | $106.65 | NA | NA | NA |
| N/F | Illinois Tollway | 7100-000 | $999.30 | NA | NA | NA |
| N/F | JPMorgan Chase Bank, N.A. | 7100-000 | $19.97 | NA | NA | NA |
| N/F | JPMorgan Chase Bank, N.A. | 7100-000 | $19.97 | NA | NA | NA |
| N/F | Keystone Insurance Agency | 7100-000 | $961.29 | NA | NA | NA |
| N/F | Keystone Insurance Agency | 7100-000 | $961.29 | NA | NA | NA |
| N/F | McCann | 7100-000 | $3,178.28 | NA | NA | NA |
| N/F | McCann | 7100-000 | $3,178.28 | NA | NA | NA |
| N/F | Menards/HSBC Business Solutions | 7100-000 | $2,669.21 | NA | NA | NA |

| N/F | Menards/HSBC Business Solutions | 7100-000 | $2,669.21 | NA | NA | NA |
|-----|--------------------------------|----------|-----------|-----|-----|-----|
| N/F | Mobile Mini, Inc. | 7100-000 | $151.15 | NA | NA | NA |
| N/F | Mobile Mini, Inc. | 7100-000 | $151.15 | NA | NA | NA |
| N/F | National Electric Benefit Fund | 7100-000 | $653.26 | NA | NA | NA |
| N/F | National Electric Benefit Fund | 7100-000 | $653.26 | NA | NA | NA |
| N/F | National Electrical Benefit Fund c/o Potts-Dupre, Difede & H | 7100-000 | $656.12 | NA | NA | NA |
| N/F | National Electrical Benefit Fund c/o Potts-Dupre, Difede & H | 7100-000 | $656.12 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $111.37 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $111.37 | NA | NA | NA |
| N/F | Northwest Orthopaedic | 7100-000 | $636.00 | NA | NA | NA |
| N/F | Northwest Orthopaedic | 7100-000 | $636.00 | NA | NA | NA |
| N/F | Osco Inc. | 7100-000 | $167.36 | NA | NA | NA |
| N/F | Osco Inc. | 7100-000 | $217.98 | NA | NA | NA |
| N/F | Osco Inc. | 7100-000 | $217.98 | NA | NA | NA |
| N/F | Osco Inc. | 7100-000 | $167.36 | NA | NA | NA |
| N/F | Pomp's Tire Service Inc. | 7100-000 | $849.34 | NA | NA | NA |
| N/F | Pomp's Tire Service Inc. | 7100-000 | $849.34 | NA | NA | NA |
| N/F | Prairie Material | 7100-000 | $3,674.36 | NA | NA | NA |
| N/F | Prairie Material | 7100-000 | $3,674.36 | NA | NA | NA |
| N/F | Randall Industries, Inc. | 7100-000 | $97.86 | NA | NA | NA |

| N/F | Randall Industries, Inc. | 7100-000 | $97.86 | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $315.86 | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $315.86 | NA | NA | NA |
| N/F | SMG Security Systems, Inc. | 7100-000 | $54,385.00 | NA | NA | NA |
| N/F | SMG Security Systems, Inc. | 7100-000 | $54,385.00 | NA | NA | NA |
| N/F | Steiner Electric Company | 7100-000 | $70,205.61 | NA | NA | NA |
| N/F | Steiner Electric Company | 7100-000 | $70,205.61 | NA | NA | NA |
| N/F | Suburban Towing & Recovery | 7100-000 | $235.00 | NA | NA | NA |
| N/F | Suburban Towing & Recovery | 7100-000 | $235.00 | NA | NA | NA |
| N/F | Sunbelt Rentals | 7100-000 | $4,139.31 | NA | NA | NA |
| N/F | Sunbelt Rentals | 7100-000 | $4,139.31 | NA | NA | NA |
| N/F | Sunrise Electric Supply, Co. | 7100-000 | $42,020.36 | NA | NA | NA |
| N/F | Sunrise Electric Supply, Co. | 7100-000 | $42,020.36 | NA | NA | NA |
| N/F | Sunrise Electric Supply, Inc. | 7100-000 | $7,206.33 | NA | NA | NA |
| N/F | Sunrise Electric Supply, Inc. | 7100-000 | $8,543.64 | NA | NA | NA |
| N/F | Sunrise Electric Supply, Inc. | 7100-000 | $7,206.33 | NA | NA | NA |
| N/F | Sunrise Electric Supply, Inc. | 7100-000 | $16,857.79 | NA | NA | NA |
| N/F | Sunrise Electric Supply, Inc. | 7100-000 | $16,857.79 | NA | NA | NA |
| N/F | Sunrise Electric Supply, Inc. | 7100-000 | $8,543.64 | NA | NA | NA |

| N/F | UPS | 7100-000 | $8.14 | NA | NA | NA |
|-----|-----|----------|-------|-----|-----|-----|
| N/F | UPS | 7100-000 | $8.14 | NA | NA | NA |
| N/F | United Mileage Plus | 7100-000 | $13,196.05 | NA | NA | NA |
| N/F | United Mileage Plus | 7100-000 | $13,196.05 | NA | NA | NA |
| N/F | Wesco Distribution | 7100-000 | $1,801.80 | NA | NA | NA |
| N/F | Wesco Distribution | 7100-000 | $1,801.80 | NA | NA | NA |
| N/F | White Cap Construction Supply | 7100-000 | $4,351.59 | NA | NA | NA |
| N/F | White Cap Construction Supply | 7100-000 | $4,351.59 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,787,276.36** | **$352,386.01** | **$352,386.01** | **$42,486.59** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  11-52034

**Case Name:**  ICON ELECTRICAL CONTRACTORS, INC.

**Trustee Name:**  (330270) Norman B. Newman

**Date Filed (f) or Converted (c):**  12/30/2011 (f)

**§ 341(a) Meeting Date:**  02/16/2012

**For Period Ending:**  10/06/2017

**Claims Bar Date:**  07/06/2012

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Ref. # | | | | | | |
| 1 | Checking Account | 1,700.00 | 1,700.00 | | 1,004.89 | FA |
| 2 | Office Equipment | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3 | Account Receivables | 200,000.00 | 200,000.00 | | 65,727.66 | FA |
| 4 | Automobile-1992 Ford Econoline | 350.00 | 350.00 | | 0.00 | FA |
| 5 | Automobile-GMC Box Truck | 250.00 | 250.00 | | 0.00 | FA |
| 6 | Automobile-2004 Nissan Maxima | 8,500.00 | 8,500.00 | | 7,000.00 | FA |
| 7 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8 | Sunrise Electric Supply Co. Preference Action (u) | 1,750.00 | 1,750.00 | | 1,750.00 | FA |
| 9 | Settlement with James Pesoli litigation (u) | Unknown | 0.00 | | 50,000.00 | FA |
| 10 | Litigation with Currency Exchange (u) | Unknown | 0.00 | | 180,000.00 | FA |
| 10 | **Assets        Totals**     (Excluding unknown values) | **$213,550.00** | **$213,550.00** | | **$305,482.55** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  2

**Case No.:**   11-52034

**Case Name:**   ICON ELECTRICAL CONTRACTORS, INC.

**For Period Ending:**   10/06/2017

**Trustee Name:**   (330270) Norman B. Newman

**Date Filed (f) or Converted (c):**   12/30/2011 (f)

**§ 341(a) Meeting Date:**   02/16/2012

**Claims Bar Date:**   07/06/2012

**Major Activities Affecting Case Closing:**

Submitted TFR.  Awaiting review.

**Initial Projected Date Of Final Report (TFR):**        06/30/2013

**Current Projected Date Of Final Report (TFR):**        06/29/2017 (Actual)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********3966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/04/2012 | {6} | ROBERT LAURIA | Purchase of 2004 Nissan Maxima SE per Order dated 4/4/2012 DEPOSIT CHECK #******6709 | 1129-000 | 7,000.00 | | 7,000.00 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,975.00 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,950.00 |
| 06/18/2012 | {1} | National Account Services | Proceeds from bank accounts DEPOSIT CHECK #xxx2109 | 1129-000 | 1,004.89 | | 7,954.89 |
| 06/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,929.89 |
| 07/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,904.89 |
| 08/15/2012 | | Treasurer of Schools, Thornton Twp. | Settlement with Thornton Township Project DEPOSIT CHECK #411596 | | 35,000.50 | | 42,905.39 |
| | {3} | | Gross Amount $65,727.66 | 1121-000 | | | 42,905.39 |
| | | | Correct Electric -$7,418.00 | 4210-000 | | | 42,905.39 |

{} Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

Exhibit 9
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 11-52034 |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. |
| **Taxpayer ID #:** | **-***2100 |
| **For Period Ending:** | 10/06/2017 |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********3966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Lighting Control Systems -$15,500.00 | 4210-000 | | | 42,905.39 |
| | | | Steiner Electric -$7,809.16 | 4210-000 | | | 42,905.39 |
| 08/20/2012 | 101 | JP Morgan Chase, N.A. | Payment of a Secured Claim | 7100-000 | | 25,000.50 | 17,904.89 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.88 | 17,854.01 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.14 | 17,819.87 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.16 | 17,779.71 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.43 | 17,743.28 |
| 12/10/2012 | {8} | Sunrise Electric Supply Co. | Sunrise Electric Supply Co. Settlement DEPOSIT CHECK #004717 | 1241-000 | 1,750.00 | | 19,493.28 |
| 12/31/2012 | | THE BANK OF NEW YORK MELLON | Bank Service Fee | 2600-000 | | 37.29 | 19,455.99 |
| 01/09/2013 | | Transfer to Acct #******4244 | Bank Funds Transfer | 9999-000 | | 19,455.99 | 0.00 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                              *! - transaction has not been cleared*

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********3966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | **44,755.39** | **44,755.39** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 19,455.99 | |
| | | **Subtotal** | | | **44,755.39** | **25,299.40** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$44,755.39** | **$25,299.40** | |

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 11-52034 |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. |
| **Taxpayer ID #:** | **-***2100 |
| **For Period Ending:** | 10/06/2017 |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Associated Bank |
| **Account #:** | ******4244 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/09/2013 | | Transfer from Acct #********3966 | Bank Funds Transfer | 9999-000 | 19,455.99 | | 19,455.99 |
| 02/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.45 | 19,434.54 |
| 02/15/2013 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 13.84 | 19,420.70 |
| 03/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.09 | 19,394.61 |
| 04/05/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.83 | 19,365.78 |
| 05/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.86 | 19,337.92 |
| 06/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.75 | 19,309.17 |
| 07/08/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.78 | 19,281.39 |
| 08/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.67 | 19,252.72 |
| 09/09/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.62 | 19,224.10 |
| 10/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.66 | 19,196.44 |
| 11/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.54 | 19,167.90 |

*{} Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 11-52034 |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. |
| **Taxpayer ID #:** | **-***2100 |
| **For Period Ending:** | 10/06/2017 |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Associated Bank |
| **Account #:** | ******4244 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/09/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.58 | 19,140.32 |
| 12/13/2013 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 19,140.32 | 0.00 |

| | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | 19,455.99 | 19,455.99 | $0.00 |
| Less: Bank Transfers/CDs | 19,455.99 | 19,140.32 | |
| **Subtotal** | 0.00 | 315.67 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $315.67 | |

{} Asset Reference(s)       **UST Form 101-7-TDR ( 10 /1/2010)**                                  *! - transaction has not been cleared*

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/13/2013 | | RABOANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 19,140.32 | | 19,140.32 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.51 | 19,123.81 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.42 | 19,095.39 |
| 02/10/2014 | 20101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #11-52034, Bond #016026455 | 2300-000 | | 16.71 | 19,078.68 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.62 | 19,053.06 |
| 03/27/2014 | {9} | James Pesoli, Sr. | Final Settlement of litigation pursuant to Order dated 3/25/14 | 1249-000 | 50,000.00 | | 69,053.06 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.88 | 69,024.18 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.90 | 68,918.28 |
| 05/22/2014 | 20102 | MUCH SHELIST, P.C. | Interim Fees (1/23/12 - 12/23/13) | 3110-000 | | 40,000.00 | 28,918.28 |
| 05/22/2014 | 20103 | MUCH SHELIST, P.C. | Interim Expenses (1/23/12 - 12/23/13) | 3120-000 | | 1,869.69 | 27,048.59 |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| Case No.: | 11-52034 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | ICON ELECTRICAL CONTRACTORS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2100 | Account #: | ******5066 Checking Account |
| For Period Ending: | 10/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.07 | 26,963.52 |
| 06/19/2014 | 20104 | FGMK, LLC | Intermin Fees for the period 2/5/14 - 3/27/14 | 3410-000 | | 3,778.00 | 23,185.52 |
| 06/30/2014 | 20105 | MUCH SHELIST, P.C. | Payment on account of interim fee award | 3110-000 | | 5,000.00 | 18,185.52 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.94 | 18,148.58 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.43 | 18,119.15 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.19 | 18,093.96 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.76 | 18,066.20 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.84 | 18,039.36 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.35 | 18,016.01 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.36 | 17,986.65 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.86 | 17,960.79 |

Exhibit 9
Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 11-52034 | **Trustee Name:** | Norman B. Newman (330270) |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2100 | **Account #:** | ******5066 Checking Account |
| **For Period Ending:** | 10/06/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/11/2015 | 20106 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #11-52034, Bond Number 10BSBGR6291 Voided on 02/11/2015 | 2300-004 | | 6.62 | 17,954.17 |
| 02/11/2015 | 20106 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #11-52034, Bond Number 10BSBGR6291 Voided: check issued on 02/11/2015 | 2300-004 | | -6.62 | 17,960.79 |
| 02/11/2015 | 20107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #11-52034, Bond Number 10BSBGR6291 Voided on 02/11/2015 | 2300-004 | | 6.77 | 17,954.02 |
| 02/11/2015 | 20107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #11-52034, Bond Number 10BSBGR6291 Voided: check issued on 02/11/2015 | 2300-004 | | -6.77 | 17,960.79 |

Exhibit 9
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/11/2015 | 20108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #11-52034, BOND NUMBER 10BSBGR6291 | 2300-000 | | 6.77 | 17,954.02 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.11 | 17,929.91 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.50 | 17,902.41 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.74 | 17,876.67 |
| 05/01/2015 | 20109 | MUCH SHELIST, P.C. | Payment on account of interim fee | 3110-000 | | 10,000.00 | 7,876.67 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.34 | 7,863.33 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.06 | 7,851.27 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.66 | 7,839.61 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.89 | 7,828.72 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.01 | 7,816.71 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.24 | 7,805.47 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page: 10

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.85 | 7,794.62 |
| 12/16/2015 | 20110 | MUCH SHELIST, P.C. | Payment on Account of Interim Fee Award | 3110-000 | | 4,000.00 | 3,794.62 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,784.62 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,774.62 |
| 02/17/2016 | 20111 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #11-52034, Bond #10BSBGR6291 | 2300-000 | | 5.39 | 3,769.23 |
| 02/29/2016 | {10} | Economy Currency Exchange | First installment pursuant to Settlement Order entered 2/24/16 | 1241-000 | 60,000.00 | | 63,769.23 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 63,759.23 |
| 03/03/2016 | 20112 | MUCH SHELIST, P.C. | Balance of interim fees awarded pursuant to Court Order dated 5/20/14 | 3110-000 | | 42,531.90 | 21,227.33 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.08 | 21,190.25 |

*{}* Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 11

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/25/2016 | {10} | Economy Currency Exchange | Second installment pursuant to Settlement Order entered on 2/24/16 | 1241-000 | 40,000.00 | | 61,190.25 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.11 | 61,155.14 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.79 | 61,070.35 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.37 | 60,973.98 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.54 | 60,889.44 |
| 08/01/2016 | {10} | Economy Currency Exchange Inc. | 3rd installment pursuant to Settlement Order entered 2/24/16 | 1241-000 | 40,000.00 | | 100,889.44 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.53 | 100,737.91 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.50 | 100,593.41 |
| 10/21/2016 | {10} | Economy Currency Exchange Inc. | Final Settlement pursuant to Settlement Order entered 2/24/16 | 1241-000 | 40,000.00 | | 140,593.41 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.04 | 140,444.37 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.90 | 140,229.47 |

Exhibit 9
Page: 12

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.14 | 140,028.33 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.79 | 139,813.54 |
| 02/13/2017 | 20113 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #11-52034, Bond #016073584 | 2300-000 | | 46.13 | 139,767.41 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.67 | 139,579.74 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.45 | 139,372.29 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.10 | 139,185.19 |
| 07/25/2017 | 20114 | NORMAN NEWMAN | Dividend paid 100.00% on $18,524.13, Trustee Compensation; Reference: Voided on 07/25/2017 | 2100-004 | | 18,524.13 | 120,661.06 |
| 07/25/2017 | 20114 | NORMAN NEWMAN | Dividend paid 100.00% on $18,524.13, Trustee Compensation; Reference: Voided: check issued on 07/25/2017 | 2100-004 | | -18,524.13 | 139,185.19 |

Exhibit 9
Page: 13

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/2017 | 20115 | MUCH SHELIST, P.C. | Dividend paid 80.09% on $249,595.50, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 07/25/2017 | 3110-004 | | 98,391.20 | 40,793.99 |
| 07/25/2017 | 20115 | MUCH SHELIST, P.C. | Dividend paid 80.09% on $249,595.50, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 07/25/2017 | 3110-004 | | -98,391.20 | 139,185.19 |
| 07/25/2017 | 20116 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 5800-004 | | 2,812.04 | 136,373.15 |
| 07/25/2017 | 20116 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 5800-004 | | -2,812.04 | 139,185.19 |
| 07/25/2017 | 20117 | ILLINOIS DEPARTMENT OF REVENUE | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 5800-004 | | 1,971.73 | 137,213.46 |
| 07/25/2017 | 20117 | ILLINOIS DEPARTMENT OF REVENUE | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 5800-004 | | -1,971.73 | 139,185.19 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 14

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/2017 | 20118 | FEDEX TECH CONNECT INC AS ASSIGNEE | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 45.90 | 139,139.29 |
| 07/25/2017 | 20118 | FEDEX TECH CONNECT INC AS ASSIGNEE | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -45.90 | 139,185.19 |
| 07/25/2017 | 20119 | COMMONWEALTH EDISON COMPANY | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 42.26 | 139,142.93 |
| 07/25/2017 | 20119 | COMMONWEALTH EDISON COMPANY | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -42.26 | 139,185.19 |
| 07/25/2017 | 20120 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 8.50 | 139,176.69 |
| 07/25/2017 | 20120 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -8.50 | 139,185.19 |

Exhibit 9
Page: 15

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/2017 | 20121 | ILLINOIS AMERICAN WATER | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 9.05 | 139,176.14 |
| 07/25/2017 | 20121 | ILLINOIS AMERICAN WATER | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -9.05 | 139,185.19 |
| 07/25/2017 | 20122 | NATIONAL ELECTRIC BENEFIT FUND | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 33.10 | 139,152.09 |
| 07/25/2017 | 20122 | NATIONAL ELECTRIC BENEFIT FUND | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -33.10 | 139,185.19 |
| 07/25/2017 | 20123 | DITCH WITCH MIDWEST | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 36.66 | 139,148.53 |
| 07/25/2017 | 20123 | DITCH WITCH MIDWEST | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -36.66 | 139,185.19 |

Exhibit 9
Page: 16

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/2017 | 20124 | SMG SECURITY SYSTEMS, INC. | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 1,604.36 | 137,580.83 |
| 07/25/2017 | 20124 | SMG SECURITY SYSTEMS, INC. | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -1,604.36 | 139,185.19 |
| 07/25/2017 | 20125 | SOUTHWESTERN BELL TELEPHONE COMPANY | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 13.81 | 139,171.38 |
| 07/25/2017 | 20125 | SOUTHWESTERN BELL TELEPHONE COMPANY | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -13.81 | 139,185.19 |
| 07/25/2017 | 20126 | ILLINOIS BELL TELEPHONE COMPANY | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 44.37 | 139,140.82 |
| 07/25/2017 | 20126 | ILLINOIS BELL TELEPHONE COMPANY | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -44.37 | 139,185.19 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                            *! - transaction has not been cleared*

Exhibit 9
Page: 17

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:**            11-52034
**Case Name:**        ICON ELECTRICAL CONTRACTORS, INC.
**Taxpayer ID #:**    **-***2100
**For Period Ending:** 10/06/2017

**Trustee Name:**              Norman B. Newman (330270)
**Bank Name:**                 Rabobank, N.A.
**Account #:**                 ******5066 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/2017 | 20127 | KRAUSE CONSTRUCTION LLC | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 3,250.00 | 135,935.19 |
| 07/25/2017 | 20127 | KRAUSE CONSTRUCTION LLC | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -3,250.00 | 139,185.19 |
| 07/25/2017 | 20128 | JPMorgan Chase Bank, N.A., Bonnie McGuffie | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided on 07/25/2017 | 7100-004 | | 12,398.08 | 126,787.11 |
| 07/25/2017 | 20128 | JPMorgan Chase Bank, N.A., Bonnie McGuffie | Final Distribution Pursuant to Court Order entered on June 29, 2017. Voided: check issued on 07/25/2017 | 7100-004 | | -12,398.08 | 139,185.19 |
| 07/27/2017 | 20129 | NORMAN NEWMAN | Dividend paid 100.00% on $18,524.13, Trustee Compensation; Reference: | 2100-000 | | 18,524.13 | 120,661.06 |
| 07/27/2017 | 20130 | MUCH SHELIST, P.C. | Dividend paid 80.09% on $249,595.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 98,391.20 | 22,269.86 |
| 07/27/2017 | 20131 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | Final Distribution Pursuant to Court Order entered on July 25 2017. | 5800-000 | | 2,812.04 | 19,457.82 |

{} Asset Reference(s)          **UST Form 101-7-TDR ( 10 /1/2010)**                              ! - transaction has not been cleared

Exhibit 9
Page: 18

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/27/2017 | 20132 | ILLINOIS DEPARTMENT OF REVENUE | Final Distribution Pursuant to Court Order entered on July 25 2017. | 5800-000 | | 1,971.73 | 17,486.09 |
| 07/27/2017 | 20133 | FEDEX TECH CONNECT INC AS ASSIGNEE | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 45.90 | 17,440.19 |
| 07/27/2017 | 20134 | COMMONWEALTH EDISON COMPANY | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 42.26 | 17,397.93 |
| 07/27/2017 | 20135 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 8.50 | 17,389.43 |
| 07/27/2017 | 20136 | ILLINOIS AMERICAN WATER | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 9.05 | 17,380.38 |
| 07/27/2017 | 20137 | NATIONAL ELECTRIC BENEFIT FUND | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 33.10 | 17,347.28 |
| 07/27/2017 | 20138 | DITCH WITCH MIDWEST | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 36.66 | 17,310.62 |
| 07/27/2017 | 20139 | SMG SECURITY SYSTEMS, INC. | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 1,604.36 | 15,706.26 |
| 07/27/2017 | 20140 | SOUTHWESTERN BELL TELEPHONE COMPANY | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 13.81 | 15,692.45 |

## Form 2

Exhibit 9
Page: 19

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-52034 | |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | |
| **Taxpayer ID #:** | **-***2100 | |
| **For Period Ending:** | 10/06/2017 | |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/27/2017 | 20141 | ILLINOIS BELL TELEPHONE COMPANY | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 44.37 | 15,648.08 |
| 07/27/2017 | 20142 | KRAUSE CONSTRUCTION LLC | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 3,250.00 | 12,398.08 |
| 07/27/2017 | 20143 | JPMorgan Chase Bank, N.A., Bonnie McGuffie | Final Distribution Pursuant to Court Order entered on July 25 2017. | 7100-000 | | 12,398.08 | 0.00 |
| | | **COLUMN TOTALS** | | | 249,140.32 | 249,140.32 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 19,140.32 | 0.00 | |
| | | **Subtotal** | | | **230,000.00** | **249,140.32** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$230,000.00** | **$249,140.32** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page:  20

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 11-52034 | **Trustee Name:** | Norman B. Newman (330270) |
| **Case Name:** | ICON ELECTRICAL CONTRACTORS, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2100 | **Account #:** | ******5066 Checking Account |
| **For Period Ending:** | 10/06/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| **********3966 Checking Account | $44,755.39 | $25,299.40 | $0.00 |
| ******4244 Checking Account | $0.00 | $315.67 | $0.00 |
| ******5066 Checking Account | $230,000.00 | $249,140.32 | $0.00 |
| | **$274,755.39** | **$274,755.39** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**